| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Carla Lanette Martinez<br>3966 Redwood Ave<br>Los Angeles, CA 90066<br>Phone: 213-586-3454 | **FILED**<br>JUL 12 2024<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| ☒ *Individual appearing without attorney*<br>☐ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re:<br>Carla Lanette Martinez | CASE NO.: 2:24-bk-13606-NB |
|---|---|
| | CHAPTER: 7 ▼ |
| Debtor(s) | **SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |

A filing fee is required to amend Schedules D or E/F (see <u>Abbreviated Fee Schedule</u> on the Court's website <u>www.cacb.uscourts.gov</u>). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B     ☐ Schedule C     ☐ Schedule D     ☐ Schedule E/F     ☒ Schedule G
☒ Schedule H     ☒ Schedule I     ☒ Schedule J     ☒ Schedule J-2     ☒ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers     ☐ Statement of Intention     ☐ Master Mailing List
☒ Other (specify) *122 A-1, FORM DEC (106 DEC), 106 SUM*

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, or statements are true and correct.

Date: 7/12/2024

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                    Page 1                    F 1007-1.1.AMENDED.SUMMARY

Fill in this information to identify your case

| | | | |
|---|---|---|---|
| Debtor 1 | **Carla** | **Lanette** | **Martinez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the:    **CENTRAL** District of    **CALIFORNIA**
(State)

Case number
(if known) _____

Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☒ **Check If this is
amended filing.**

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 11-    Identify Yourself**

| | About Debtor 1 | About Debtor 2 (Spouse Only in a Joint Case) |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Carla**<br>First name<br>**Lanette**<br>Middle name<br>**Martinez**<br>Last name<br><br>*Suffix* (Sr., Jr., 11, 111) | First name<br><br>Middle name<br><br>Last name<br><br>*Suffix* (Sr., Jr., 11, 111) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | **Carla**<br>First name<br>**Clenney**<br>Middle name<br>**Martinez**<br>Last name<br><br>First name<br><br>Middle name<br><br>Last name | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (TIN)** | XXX – XX – **6  1  6  4**<br>OR<br>9 xx – xx – ___ ___ ___ ___ | XXX – XX – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

| Debtor 1 | **Carla** | **Lanette** | **Martinez** | | Case number (if known) | 2:24-bk-13606-NB |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

|  | About Debtor 1 | About Debtor 2 (Spouse Only    Joint Case) |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br>Southern California Signs (NO EIN)<br>_____<br>Business name<br><br>___ – ___ ___ ___ ___ ___ ___ ___<br>EIN<br><br>___ – ___ ___ ___ ___ ___ ___ ___<br>EIN | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br>_____<br>Business name<br><br>___ – ___ ___ ___ ___ ___ ___ ___<br>EIN<br><br>___ – ___ ___ ___ ___ ___ ___ ___<br>EIN |
| **5. Where you live** | **3964 REDWOOD AVE,**<br>_____<br>Number    Street<br><br>_____<br><br>**LOS ANGELES, CA**     **Ca**     **90066**<br>City                State    ZIP Code<br>**LOS ANGELES**<br>County<br><br>**If your mailing address is different** from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number    Street<br>_____<br>P.O. Box<br>_____<br>City                State    ZIP Code | If Debtor 2 **lives at a different address:**<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City                State    ZIP Code<br>_____<br>County<br><br>**If Debtor 2's mailing address is different** from yours, fill it in here. Note that the court will send any notices to this mailing address.<br><br>_____<br>Number    Street<br>_____<br>P.O. Box<br>_____<br>City                State    ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | Check one:<br><br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____<br>_____ | Check one:<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____<br>_____ |

Debtor 1  **Carla**        **Lanette**        **Martinez**                                    Case number *(if known)*    **2:24-bk-13606-NB**
          First Name       Middle Name        Last Name

---

| Part 2- | **Tell the Court About Your Bankruptcy Case** |

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for individuals Filing for Bankruptcy (Form 201 0)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).*

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B)* and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No
☒ Yes. District    **CENTRAL**    When _____    Case number **(will amend with exact case #)**
                                        MM / DD / YYYY

District    **Central**    When   12/28/2009    Case number  2:09-bk-46681-BR
                                 MM / DD / YYYY

District    Central    When   11/26/2019    Case number  2:19-bk-23896-NB
                              MM / DID / YYYY

**lo. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes. Debtor _____    Relationship to you _____

District _____    When _____    Case number, if known_____
                                 MM / DD / YYYY

Debtor _____    Relationship to you _____

District _____    When _____    Case number, if known_____
                                 MM / DD / YYYY

**11. Do you rent your residence?**

☒ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial StatementAbout an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

| Debtor 1 | **Carla** | **Lanette** | **Martinez** | Case number *(if known)* | 2:24-bk-13606-NB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 3-**   **Report About Any Businesses You Own as a Sole Proprietor**

---

**12. Are you a sole proprietor of any full- or partime business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

◻ No. Go to Part 4.

☒ Yes. Name and location of business

___Southern California Signs___
Name of business, if any

___3964 Redwood Avenue___
Number   Street

___Los Angeles,___     ___CA___   ___90066___
City     State   ZIP Code

*Check the appropriate box to describe your business:*

◻ Health Care Business (as defined in 11 U.S.C. § 101 (27A))

◻ Single Asset Real Estate (as defined in 11 U.S.C. § 101 (51 B))

◻ Stockbroker (as defined in 11 U.S.C. § 101 (53A))

◻ Commodity Broker (as defined in 11 U.S.C. § 101 (6))

☒ None of the above

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**13. Are you filing under Chapter 1 1 of the Bankruptcy Code and are you a small** *business* **debtor?**

For a definition of *small business debtor,* see 1 1 U.S.C. § 101 (51 D).

if you are *filing under Chapter I 1, the court must know whether you are a small business debtor so that it can set appropriate* deadlines. *If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if* any *of these documents do not exist, follow the procedure in 11 U.S.C. § 11 16(I)(B).*

☒ No. I am not filing under Chapter 11.

◻ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

◻ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4-**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

---

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

◻ Yes. What is the hazard?   _____

_____

If immediate attention is needed, why is it needed?   _____

_____

Where is the property?   _____
Number     Street

_____

_____
City     State   ZIP Code

---

| Debtor 1 | **Carla** | **Lanette** | **Martinez** | Case number *(if known)* | **2:24-bk-13606-NB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 5-   Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1**

You must check one:

☒ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court

**About Debtor 2 (Spouse Only in a Joint Case)**

You    check one.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Carla** | **Lanette** | **Martinez** | Case number (if known) | **2:24-bk-13606-NB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 6-**  Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 1 1 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25.000 | ☐ More than 100.000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001- $10 million | ☐ $500,000,001 -$l billion |
| ☐ $50,00-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001 -$10 billion |
| ☐ $100,0-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500000- $1 million | ☐ $100,000,001 $500 million | ☐ More than $50 billion |

**20 How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50000 | ☒ $ 1 000 001 $ 10 million | ☐ $500 000 001 $ 1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001- $50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Part 7-**  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 1 1, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 1 1 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 1 1, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _Carla L. Martinez_                          X _____
Signature of Debtor 1                              Signature of Debtor 2

Executed on  **7/8/2024**                       Executed on _____
     MM / DD /Y'Y                                    MM / DD /YY

| Debtor 1 | **Carla** | **Lanette** | **Martinez** | Case number (if known) | **2:24-bk-13606-NB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 1 1, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 1 1 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X _____      Date    _5/7/2024_
Signature of Attorney for Debtor                                      **MM /    DID / YYYY**

_____
Printed name

_____
Firm name

_____
Number Street

_____

_____
City                                        State        ZIP Code

Contact phone _____      Email address _____

_____
Bar number                                  State

| Debtor 1 | **Carla** | **Lanette** | **Martinez** | Case number *(if known)* | 2:24-bk-13606-NB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☒ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☒ No
☐ Yes. Name of Person _____
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _Carla L Martinez_                         X _____
Signature of Debtor 1                          Signature of Debtor 2

Date    **7**/7/2024                           Date    5/7/2024
MM/DD /YYYY                                       MM / DID / YYYY

Contact phone _____              Contact phone _____

Cell phone _____                 Cell phone _____

Email address _____              Email address _____

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carla** | **Lanette** | **Martinez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL** District of **CALIFORNIA**
(State)

Case number ___**2:24-bk-13606-NB.**___

☒ Check if this is an
amended filing

_____

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1 -   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

**1.1.**  3964 Redwood Avenue
Street address, if available, or other description

Los Angeles,   Ca   90066
City      State   ZIP Code

Los Angeles,
County

**What is the property?** Check all that apply.
☐ Single-family home
☒ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
_____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

**Current value of the   Current value of the
entire property?   portion you own?**
$ **$1,500,000.00**   $ **$1,500,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

FEE SIMPLE INHERITANCE

☐ **Check if this is community property**
(see instructions)

If you own or have more than one, list here:

**1.2.**  HOOK CREEK ROAD
Street address, if available, or other description

CEDAR GLEN   CA
City      State   ZIP Code

SAN BERNARDINO
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property..

**Current value of the   Current value of the
entire property?   portion you own?**
$ **$6,000.00**   $ **$3,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☒ **Check if this is community property**
(see instructions)

| Debtor 1 | **Carla** | **Lanette** | **Martinez** | Case number | 2:24-bk-13606-NB. |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

1.3. _____

Street address, if available, or other description

_____

_____

City          State     ZIP Code

_____

County

**What is the property? Check all that apply.**

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

Current value of the entire property'?     Current value of the portion you own?

$_____     $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.  ➔  $ **$1,503,000.00**

☐ **ADDITIONAL PAGES ATTACHED** _____

_____

| **Part 2-** | **Describe Your Vehicles** | ➔ **$1,503,000.00** |
|---|---|---|

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G- Executory Contracts *and Unexpired* Leases.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☒ Yes

3.1. Make: **FORD**
Model: **TRANSIT**
Year: **2012**
Approximate mileage: **105000**
Other information: _____

**Who has an interest in the property? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this is community property (see instructions)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

Current value of the entire property'.)     Current value of the portion you own?

$ **$9,000.00**     $ **$9000.00**

If you own or have more than one, describe here:

3.2. Make: **JEEP**
Model: **PATRIOT**
Year: **2004**
Approximate mileage: **138000**
Other information _____

**CAR IS NON FUNCTIONAL.**

**Who has an interest in the property? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this is community property (see instructions)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

Current        of the Current        of the entire propertyl     portion you own?

$ **500**     $ **$500.00**

**$9,500.00**

Debtor 1     **Carla**                    **Lanette**         **Martinez**        Case number      2:24-bk-13606-NB.
            First Name        Middle Name           Last Name

3.3. Make:         **CHRYSLER**

Model:         **CEBRING**

Year:          2004

Approximate mileage:   110000

Other information:

NON FUNCTIONAL VEHICLE

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property (see instructions)

Current value of the entire property?    Current value of the portion you own?

$ **$100.00**     $ **$100.00**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

3.4. Make:         GMC

Model:         Canyon

Year:          2012

Approximate mileage:   106,000

Other information.

TRUCK IS inoperable –
SALVAGED

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this is community property (see instructions)

Current value of the entire property?    Current value of the portion you own?

$ $00.00     $ $00.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

4.1. Make: _____

Model: _____

Year: _____

Other informationi

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

Current value of the entire property?    Current value of the portion you own?

$_____     $_____

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information

**Who has an interest in the property?** Check one.

☐ Debtor I only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

Current value of the entire property'?    Current value of the portion you own?

$_____     $_____

$100.00

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ➔   $ **$9,600.00**

Debtor 1  **Carla**                    **Landa Menez**
          First Name    Middle Name    Last Name                    Case number

| Part 3- | **Describe Your Personal and Household Items** |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?

Do not deduct secured claims or exemption

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe  STOVE, REFRIGERATOR, FURNITURE                              $  **$1,500.00**

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe      COMPUTER, PRINTER, RADIO, CELL PHONE, TV (3)             $  **$5,000.00**

**8. Collectibles of value**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☒ No
☐ Yes. Describe                                                              $_____

**9. Equipment for sports and hobbies**
*Examples: Sports,* photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☒ No
☐ Yes. Describe                                                              $_____

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes. Describe                                                              $_____

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes. Describe  PERSONAL WARDROBE                                           $  **$500.00**

**12. Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☒ No
☐ Yes. Describe                                                              $_____

**13. Non-farm animals**
Examples: Dogs, cats, birds, horses
☒ No
☐ Yes. Describe                                                              $_____

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes. Give specific information                                             $_____

**Sub-Total**  **$7,000.00**

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here _____  $  **16,500.00**

| Debtor 1 | **Carla** | **Lanette** | **Martinez** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number |

| **Part 4-** | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following'~

**Current value of the portion you own')**

Do not deduct secured claims or exemption

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☒ No
☐ Yes .......................................................    Cash: ........  $ __**$0.00**__

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☒ No
☐ Yes ............    Institution name:

| | |
|---|---|
| 17.1. Checking account: | Fidelity Bank Account |
| 17.2. Checking account: | *Bank of America business* |
| 17.3. Savings account: | |
| 17.4. Savings account: | |
| 17.5. Certificates of deposit: | |
| 17.6. Other financial account: | |
| 17.7. Other financial account: | |
| 17.8. Other financial account: | |
| 17.9. Other financial account: | |

17.1. $ __**$0.00**__
17.2. $ __**$0.00**__
17.3. $ ____
17.4. $ ____
17.5. $ ____
17.6. $ ____
17.7. $ ____
17.8. $ ____
17.9. $ ____
$ __**$0.00**__

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes ......    Institution or issuer name:

$ ____
$ ____
$ ____
$ ____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them. .........

| Name of entity: | % of ownership: | |
|---|---|---|
| | _____ % | $ ____ |
| | _____ % | $ ____ |
| | _____ % | $ ____ |
| | | $ ____ |

$ __**$0.00**__

Debtor 1  **Carla**          **Lanette**          **Martinez**                    Case number _____
          First Name          Middle Name          Last Name

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ *No*
☐ Yes. Give specific     Issuer name:
information about
them.

| | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401 (k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each
account separately..   Type of account:     Institution name:

| | | |
|---|---|---|
| 401 (k) or similar plan: | _____ | $_____ |
| Pension plan: | _____ | $_____ |
| IRA: | _____ | $_____ |
| Retirement account: | _____ | $_____ |
| Keogh: | _____ | $_____ |
| Additional account, | _____ | $_____ |
| Additional account: | _____ | $_____ |

(sub-total) $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No
☐ Yes                   Institution name or individual:

| | | |
|---|---|---|
| Electric: | _____ | $_____ |
| Gas: | _____ | $_____ |
| Heating oil: | _____ | $_____ |
| Security deposit on rental unit: | _____ | $_____ |
| Prepaid rent: | _____ | $_____ |
| Telephone: | _____ | $_____ |
| Water: | _____ | $_____ |
| Rented furniture: | _____ | $_____ |
| Other: | _____ | $_____ |

(sub-total) $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes                   Issuer name and description:

| | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

(sub-total) $_____

Debtor 1 _____ **Carla** _____ **Lanette** _____ **Martinez** _____    Case number _____
First Name          Middle Name          Last Name

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes  - - - - - - - - - -  Institution name and description. Separately file the records of any interests. 1 1 U.S.C. § 521 (c)~

| | $_____ |
| | $_____ |
| | $_____ |
| | $_____ |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific
information about them...    _____    $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    Examples: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific
information about them... i _____    $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples: Building* permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific
information about them... ₁ _____    $_____

**Money or property owed to you?**

                                                                        **Current value of the portion you own?**
                                                                        Do o
                                                                        (la nis or exemptions

28. **Tax refunds owed to you**

☒ No
☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. - - - - - - -    Federal:    $_____
                                     State:      $_____
                                     Local:      $_____

29. **Family support**
    Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information.    Alimony:            $_____
                                      Maintenance:        $_____
                                      Support:            $_____
                                      Divorce settlement: $_____
                                      Property settlement: $_____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else    _____

☒ No
☐ Yes. Give specific information. - - -    _____
                                                                        $ _____

Debtor 1    **Carla    Lanette    Martinez**    Case number    2:24-bk-13606-NB

First Name    Middle Name    Last Name

**31. Interests in insurance policies**

Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
of each policy and list its value...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
property because someone has died.

☑ No

☐ Yes. Give specific information.    $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

Examples: Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes. Describe each claim    $ **$3,000,000.00**

**34. Other contingent and unliquidated claims of    including counterclaims of the debtor and rights
to set off claims**

☒ No

☐ Yes. Describe each claim    $_____

**35. Any financial assets you did not already list**

☒ No

☐ Yes. Give specific information.    $_____

**Sub-Total**    _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here**    →    $    **$0.00**

| **Part 5-** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.

☐ Yes. Go to line 38.

Current value of the
portion you own')

**38. Accounts receivable or commissions you already earned**

☒ No

☐ Yes. Describe    _____

**39. Office equipment, furnishings, and supplies**

Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No

☐ Yes. Describe ...    $_____

Debtor 1    **Carla**                    **Lane**    **Martinez**                    _____
            First Name        Middle Name        Last Name        Case number

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

    ☒ No

    ☐ Yes. Describe ...                                         $_____

41. Inventory

    ■ No

    ☐ Yes. Describe ...                                       '$_____

42. Interests in partnerships or joint ventures

    ■ No

    ☐ Yes. Describe

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | _____ % | $_____ |
| _____ | _____ % | $_____ |
| _____ | _____ % | $_____ |

43. Customer lists, mailing lists, or other compilations

    ■ No

    ☐ Yes. Do your lists include personally identifiable information (as defined    1 1 U.S.C. § 101 (41 A))?

        ☐ No

        ☐ Yes. Describe                           $_____

44. Any business-related property you did not already list

    ■ No

    ☐ Yes. Give specific

        information    _____  $_____

                        _____  $_____

                        _____  $_____

                        _____  $_____

                        _____  $_____

                        _____  $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here      →  $_____

**Part 6-**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

    ☒ No. Go to Part 7.

    ☐ Yes. Go to line 47.

**Current value of the
portion you own ?**

**Do not deduct secured
claims or exemptions.**

47. Farm animals
Examples: Livestock, poultry, farm-raised fish

    ☑ No

    ☐ Yes                                            $_____

Debtor 1    **Carla**         **Lanette**         **Martinez**

First Name          Middle Name          Last Name          Case number

48. Crops-either growing or harvested

☒ No

☐ Yes. Give specific
information.

$_____

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

☒ No

☐ Yes

$_____

50. Farm and fishing supplies, chemicals, and feed

☒ No

☐ Yes

$_____

51. Any farm- and commercial fishing-related property you did not already list

☒ No

☐ Yes. Give specific
information.

$_____

**Sub-total**

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached  ➜
    Part Write that

$_____

| Part 7- | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. Do you have other property of any kind you did not already list?

Examples: Season tickets, country club membership

☑ No

☐ Yes. Give specific
information.

$_____

$_____

$_____

54. Add the dollar value of all of your entries from Part 7. Write that number here  ------------------  4

$_____

| Part | **List the Totals of Each Part of this Form** |

55. Part 1 - Total real estate, line 2  ----------------------------------------------------  ➜   $   **$1,503,000.00**

56. Part 2- Total vehicles, line 5                                $   **$9,600.00**

57. Part 3- Total personal and household items, line 15          $   **$16,500.00**

58. Part 4- Total financial assets, line 36                      $   **$0.00**

59. Part 5- Total business-related property, line 45             $   _____

60. Part 6- Total farm- and fishing-related property, line 52    $   _____

61. Part 7- Total other property not listed, line 54           • $   _____

62. Total personal property. Add lines 56 through 61  ----------  $   **$26,100.00**   Copy personal property total  ➜  • $   **$26,100.00**

63. Total of all property on Schedule A/B. Add line 55 + line 62  ------------------  $   **$1,529,100.00**

Official Form 106A/B                        Schedule A/B: Property                        page 10

Fill in this information to identify your case

| Debtor 1 | **Carla** | **Lanette** | **Martinez** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL** District of **CALIFORNIA**
(State)

Case number
(if known)

☒ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contractor lease. Then state what each contractor lease is for (for example, rent, vehicle lease, cell phone).** *See* the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Number    Street | |
| City                 S a p   ZIP        e | |
| **2.2** | |
| Number    Street | |
| City                         ZIP Code | |
| **23** | |
| Number    Street | |
| C ity                State   ZIP Code | |
| **24** | |
| Number    Street | |
| S tat e.   ZIP Code | |
| **2.5** | |
| Number    Street | |
| City                State   ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Carla** | **Lanette** | **Martinez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL** District of **CALIFORNIA**
(State)

Case number
(if known) _____

☒ Check if this is an
amended filing

## Official Form 106H
# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor)

☒ No

☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory'?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.

☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No

☒ Yes. In which community state or territory did you live? _CA_   Fill in the name and current address of that person.

_Christopher J. Martinez, Sr._
Name of your spouse, former spouse, or legal equivalent

_3964 Redwood Avenue_
Number        Street

_Los Angeles,        CA        90066_
City                State            ZIP Code

**3** In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* **(Official Form 106D)**, *Schedule E/F* **(Official Form 106E/F)**, or *Schedule G* **(Official Form 106G)**. *Use Schedule D Schedule E/F, or Schedule G* to fill out Column 2.

**Column 1 Your codebtor**                    **Column 2** The Creditor to whom you owe the debt

| 3.1 | | |
|---|---|---|
| | Name | ☐ Schedule D, line _____ |
| | | ☐ Schedule E/F, line _____ |
| | | ☐ Schedule _____ |

| 3.2 | | |
|---|---|---|
| | Name | ☐ Schedule D, line _____ |
| | | ☐ Schedule E/F, line _____ |
| | Number        Street | ☐ Schedule G, line _____ |

| 3.3 | | |
|---|---|---|
| | | ☐ Schedule _____ |
| | | ☐ Schedule E/F, line _____ |
| | Number        Street | ☐ Schedule G, line _____ |

Fill in this information to identify your case:

| Debtor 1 | **Carla** | **Lanette** | **Martinez** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL** District of **CALIFORNIA**
(State)

Case number
(if known) _____

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1 Fill in your employment information.**

If have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student homemaker, if it applies.

| | **Debtor 1** Carla Lanette Martinez | **Debtor 2 or non-filing spouse** |
|---|---|---|
| Employment status | ☐ Employed  ☒ Not employed (at present time) | ☐ Employed  ☒ Not employed |
| Occupation | Sign maker /owner | home based business |
| Employer's name | Southern California Signs | |
| Employer's address | 3964 Redwood Ave | |
| | Number Street | Number Street |
| | Los Angeles, CA 90066 | |
| | City  State ZIP Code | City  State ZIP Code |
| How long employed there? | 1/2008 - 9/2024 | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2 List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $1,945.86 |
| 3 Estimate and list monthly overtime pay. | 3. | +$0.00 | +$0.00 |
| 4 Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | $1,945.86 |

$_____
(Total Combined Income)

|  | For Debtor 1 | For Debtor 2 filing |
|---|---|---|
| Copy line 4 here .......................................... 44. | $ 0.00 | $1,945.86 |

**5 List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 |
|---|---|---|---|
| | Tax, Medicare, and Social Security deductions | 5a. _____ | _____ |
| 5b. | Mandatory contributions for retirement plans | 5b. _____ | _____ |
| | Voluntary contributions for retirement plans | 5c. _____ | _____ |
| 5d. | Required repayments of retirement fund loans | 5d. _____ | _____ |
| | Insurance | 5e. _____ | _____ |
| 5f. | Domestic support obligations | 5f. _____ | _____ |
| 5g. | Union dues | 5g _____ | _____ |
| 5h. | Other deductions. Specify: _____ | 5h+$ _____ | + $ _____ |

**6 Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. 6.         $ _____

**7 Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $0.00      $ _____

**8 List all other income regularly received:**

|  |  |  |  |
|---|---|---|---|
| | Net income from rental property and from operating a business, profession, or farm | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $0.00 | _____ |
| 8b. | Interest and dividends | 8b. $0.00 | _____ |
| | Family support payments that you, a non-filing spouse, or a dependent regularly receive | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. _____ | _____ |
| 8d. | Unemployment compensation | 8d. $0.00 | _____ |
| | Social Security | 8e. $0.00 | _____ |
| 8f. | Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. $0.00 | $ _____ |
| 8g. | Pension or retirement income | 8g. $0.00 | $ _____ |
| 8h. | Other monthly income. Specify: *from spouse* | 8h. + $0.00 | + $1,945.86 |

**9 Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $0.00    $1,945.86

**10 Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $0.00   +   $1,945.86   =   $1,945.86

**11 State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____     11.+$ 0.00

**12 Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the Summary of Your Assets *and Liabilities and Certain Statistical Information, if it applies*   12. $1,945.86

Combined monthly income

**13 Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☒ Yes. Explain: *unKnown due to becoming HOMELESS, due to ILLEGAL loan on property.*

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Carla** | **Lanette** | **Martinez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **CENTRAL** | District of **CALIFORNIA** | |
| | | (State) | |
| Case number (if known) | | | |

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Describe Your Household

1. Is this a joint case?

☒ No. Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate *Household of* Debtor 2.

2. Do you have dependents?

Do not list Debtor I and Debtor 2.

Do not state the dependents' names.

☐ No
☒ Yes. Fill out this information for Debtor I or Debtor 2 each dependent.

| Dependent's relationship to Debtor I or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| JESSENIA MARTINEZ - DAUGHTHER | 20 | ☐ No ☒ Yes |
| CHRISTOPHER MARTINEZ, JR, SON | 23 | ☐ No ☒ Yes |
| **JUSTIN BERRY (SON)** | 32 | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

☐ No
☒ Yes

| | | ☐ No ☐ Yes |

## Part ☐ Estimate    Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I- Your Income (Official Form 1061).

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

*3964 Redwood Ave, LA CA 90066*

4. $ 0.00

If not included in line 4-

4a. Real estate taxes — 4a. $ 0.00

4b. Property, homeowner's, or renter's insurance — 4b. $ 0.00

4c. Home maintenance, repair, and upkeep expenses — 4G. $ 0.00

4d. Homeowner's association or condominium dues — 4d. $ 0.00

$ 0.00

Debtor 1 ___Carla_____ ___Lametra___ ___Martinez___      Case number _2·24-bk-1O3606-NB_
First Name      Middle Name      Last Name

|  | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ **$500.00** |
| 6b. Water, sewer, garbage collection | 6b. | $ **$400.00** |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ **$250.00** |
| 6d. Other. Specify: __Internet__ | 6d. | $ **$150.00** |
| 7. **Food and housekeeping supplies** | 7. | $ **500.00** |
| 8. **Childcare and children's education costs** | 8. | $ 00.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ **50.00** |
| 10. **Personal care products and services** | 10. | $ **$150.00** |
| 11. **Medical and dental expenses** | 11. | $ 00.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 00.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ .00 |
| 14. **Charitable contributions and religious donations** | 14. | $ **$20.00** |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ |
| 15b. Health insurance | 15b. | $ |
| 15c. Vehicle insurance | 15c. | $ 00.00 |
| 15d. Other insurance. Specify:_____ | 15d. | $ |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ |
| 17b. Car payments for Vehicle 2 | 17b. | $ |
| 17c. Other. Specify:_____ | 17c. | $ |
| 17d. Other. Specify:_____ | 17d. | $ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule 1, Your Income* (Official Form 106I). | 18. | $ |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I- Your Income.* | | |
| 20a. Mortgages on other property | 20a. | $ |
| 20b. Real estate taxes | 20b. | $ |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ |
| 20e. Homeowner's association or condominium dues | 20e. | $ |
| | | **$2,020.00** |

Debtor 1 ___**Carla**___ ___**Lanette**___ ___**Martinez**___    Case number ___2:24-bk-13606-NB___
    First Name       Middle Name    Last Name

**21. Other. Specify:** _____    21. +$ _____

                                                                  _____

**22. Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a.    $ **$2020.00**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    $ **0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    $ **$2020.00**

**23. Calculate your monthly net income.**

    23a. Copy line 12 (your *combined monthly* income) from Schedule I.    23a.    $ **1,945.86**

    23b. Copy your monthly expenses from line 22c above.    23b. - $ **$2020.00**

    23c. Subtract your monthly expenses from your monthly income.
        The result is your monthly net income.    23c.    $ **-$74.14**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or <u>decrease</u> because of a modification to the terms of your mortgage?

    ☒ No.  — *unknown but most likely decrease but increase with rent.*

    ☐ Yes.   Explain here: *I do not know because I am being illegally evicted out of my residence, a home that was owned by my family since 1965. I have lost my home to an altered deed loan to own scheme.*

Fill in this information to identify your case

| | | | |
|---|---|---|---|
| Debtor 1 | **Carla** | **Lanette** | **Martinez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **CENTRAL** | District of **CALIFORNIA** |
| | | | (State) |
| Case number | | | |
| (if known) | | | |

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J-2

# Schedule J-2: Expenses for Separate Household of Debtor 2    12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. ff *Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents an both Schedule J and this form. Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J. Be as* complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

**1. Do you and Debtor 1 maintain separate households?**

☒    No. Do not complete this form.
☐    Yes

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**2. Do you have dependents?**

Do not list Debtor 1 but list all other dependents of Debtor 2 regardless of whether listed as a dependent of Debtor 1 on Schedule J.

Do not state the dependents' names.

| | Dependent's relationship to Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| ☐ No | | | |
| ☐ Yes. Fill out this information for each dependent | _____ | _____ | ☐ No / ☐ Yes |
| | _____ | _____ | ☐ No / ☐ Ye- |
| | _____ | _____ | ☐ No / ☐ Yps |
| | _____ | _____ | ☐ No / ☐ Yes |
| | _____ | _____ | ☐ No / ☐ Yes |

**3. Do your expenses include expenses of people other than yourself, your dependents, and Debtor 1?**

☐ No
☐ Yes

### Part 2    Estimate    Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I- Your Income (Official Form 1061.)

Your expenses

| | | | |
|---|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | | 4. | $_____ |
| If not included in line 4- | | | |
| 4a. Real estate taxes | | 4a. | $_____ |
| 4b. Property, homeowner's, or renter's insurance | | 4b. | $_____ |
| 4c. Home maintenance, repair, and upkeep expenses | | 4c. | $_____ |
| 4d. Homeowner's association or condominium dues | | 4d. | $_____ |

Debtor 1 _____**Carla**_____ _____**Lanette**_____ _____**Martinez**_____      Case number _____
　　　　　 First Name 　　　　　 Middle Name 　　　　　 Last Name

**Your expenses**

5. **Additional mortgage payments for your residence, such as home equity loans**   5.   $_____

6. **Utilities:**

    8a. Electricity, heat, natural gas   8a.   $_____

    6b. Water, sewer, garbage collection   6Ib.   $_____

    6c. Telephone, cell phone, Internet, satellite, and cable services   6C.   $_____

    6d. Other. Specify: _____   6d.   $_____

7. **Food and housekeeping supplies**   7.   $_____

S. **Childcare and children's education costs**   8.   $_____

9. **Clothing, laundry, and dry cleaning**   9.   $_____

10. **Personal care products and services**   10.   $_____

11. **Medical and dental expenses**   11.   $_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.   12.   $_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**   13.   $_____

14. **Charitable contributions and religious donations**   14.   $_____

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a. Life insurance   15a.   $_____

    15Ib. Health insurance   15Ib.   $_____

    15C. Vehicle insurance   15c.   $_____

    15d. Other insurance. Specify:_____   15d.   $_____

16. **Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.**

    Specify: _____   16.   $_____

17. **Installment or lease payments:**

    17a. Car payments for Vehicle I   17a.   $_____

    17b. Car payments for Vehicle 2   17b.   $_____

    17C. Other. Specify:_____   17c.   $_____

    17d. Other. Specify:_____   17d.   $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5, Schedule 1, Your Income (Official Form 106I).**   18.   S _____

19. **Other payments you make to support others who do not live with you.**

    Specify: _____   19.   $ _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I- Your Income.**

    20a. Mortgages on other property   20a.   $_____

    20b. Real estate taxes   20b.   $_____

    20c. Property, homeowner's, or renter's insurance   20c.   $_____

    20d. Maintenance, repair, and upkeep expenses   20d.   $_____

    20e. Homeowner's association or condominium dues   20e.   $_____

_____

Debtor 1    **Carla**            **Lanette**            **Martinez**            Case number    _2:24-bk-13606-NB_
            First Name            Middle Name            Last Name

21. **Other.** Specify: _____    21.    +$ _____

22. **Your monthly expenses.** Add lines 5 through 21.
    The result is the monthly expenses of Debtor 2. Copy the result to line 22b of Schedule J to calculate the
    total expenses for Debtor 1 and Debtor 2.    **$2020.00**    _____    22.    $    2,020.00
                                    **(Debtor 1)**            **(Debtor 2)**            **(Total Combined Expenses)**

23. Line not used on this form.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No.
    ☐ Yes.  Explain here

Fill in this information to identify your case

| | | | |
|---|---|---|---|
| Debtor 1 | **Carla** | **Lanette** | **Martinez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: ___**CENTRAL**___ District of __**CALIFORNIA**__
(State)

Case number _____
(if known)

☑ Check if this is an
   amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152,1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person_____  Attach *Bankruptcy Petition* Preparer's Notice, Declaration, and
Signature (Official Form 1 1 9).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  *Carla L Martinez*                    X  _____
   Signature of Debtor 1                     Signature of Debtor 2

Date   __7/8/24__                        Date _____
       MM/ DD / yyyy                          MM / [A] / yyyy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carla Lanette** | | **Martinez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL** District of **CALIFORNIA**
(State)

Case number **2:24-bk-13606-NB.**
(if known)

☒ Check if this is an amended filing

# Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 11-   Give Details About Your Marital Status and Where You Lived Before

**What is your current marital status?**

☒ Married
☐ Not married

**2 During the last 3 years, have you lived anywhere other than where you live now'?**

☒ No
☐ YES   List all of the places you lived in the last 3 years. Do not include      you live now.

| Debtor 1 | Dates Debtor 1 lived there | Debtor 2 | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Debtor 1 |
| Number   Street | From _____ To _____ | Number Street | From _____ To _____ |
| City                    ZIP Code | | City                  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number   Street | From _____ To _____ | Number Street | From _____ To _____ |
| City            State ZIP Code | | City            State   ZIP Code | |

**Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory'?** (Community property states *and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☒ Yes. Make sure you fill out Schedule H- Your *Codebtors (Official* Form 106H).

## Part   Explain the sources of your income

Debtor 1    **Carla Lanette** _____    **Martinez** _____    Case number    2:24-bk-13606-NB.
           First Name         Middle Name         Last Name

---

**4  Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply, | Gross Income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below | Gross Income from<br>each source<br><br>(before deductions and<br>exclusions) |
| **From January 1 of current year until<br>the date you filed for bankruptcy:** | ☐ Wages, commissions,<br>bonuses, tips<br>☒ Operating a business | $ 12,700.00 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $ _____ |
| **For last calendar**<br><br>(January 1 to December 31, _2023_ ) | ☐ Wages,<br>☒ Operating | $ 16,874.77 | ☐ Wages,<br>☐ Operating | $ _____ |
| **For the calendar year before that:**<br><br>(January 1 to December 31, _2022_ )<br>              yyyy | ☐ Wages, commissions,<br>bonuses,tips<br>☐ Operating a business | $ 20,464.00 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $ _____ |

**5.  Did you receive any other income during the year or the two previous years ?**

Include income regardless of whether that income are taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery

If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below | Gross income from<br>each source<br>&U or,, a A<br>I- | Sources of income<br>De-, iue uduh | Gross income from<br>each source<br>liow, aru<br>S) |
| **From January 1 of current year until<br>the date you filed for bankruptcy:** | Southern California<br>Signs<br><br>Self-employed | $ 12,709.00<br>$ _____ | _____<br>_____ | $ _____<br>$ _____ |
| **For last calendar year:**<br><br>(January 1 to December 31, _2023_ ) | SOUTHERN CA SIGNS<br><br>Self-employed | $ 16,874.77<br>$ _____ | _____<br>_____ | $ _____<br>$ _____ |
| **For the calendar year before that:**<br><br>(January 1 to December 31, _2022_ )<br>              yyyy | Self Employjment<br><br>_____ | $ 20,464.00<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |

| Debtor 1 | **Carla Lanette** | | **Martinez** | | Case number | 2:24-bk-13606-NB. |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Part 3- | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

either Debtor 1's or Debtor 2's debts primarily consumer debts?

☐ No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 1 1 U.S.C. § 101 (8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
  * Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☒ Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☒ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates payment | Total | paid | Amount | still | this payment for |
|---|---|---|---|---|---|---|
| _____ Creditor's Name | _____ | $_____ | | $_____ | | ☐ Mortgage |
| | | | | | | ☐ Car |
| _____ Number Street | _____ | | | | | ☐ Credit card |
| | | | | | | ☐ Loan repayment |
| _____ | _____ | | | | | ☐ Suppliers or vendors |
| _____ | _____ | | | | | ☐ Other _____ |
| _____ Creditor's Name | _____ | $_____ | | $_____ | | ☐ Mortgage |
| | | | | | | ☐ Car |
| _____ Number Street | _____ | | | | | ☐ Credit card |
| | | | | | | ☐ Loan repayment |
| _____ | _____ | | | | | ☐ Suppliers or vendors |
| _____ City  State  ZIP Code | _____ | | | | | ☐ Other _____ |
| _____ Creditor's Name | _____ | $_____ | | $_____ | | ☐ Mortgage |
| | | | | | | ☐ Car |
| _____ Number Street | _____ | | | | | ☐ Credit card |
| | | | | | | ☐ Loan repayment |
| _____ | _____ | | | | | ☐ Suppliers or vendors |
| _____ City  State  ZIP Code | _____ | | | | | ☐ Other _____ |

| Debtor 1 | **Carla Lanette** | | **Martinez** | Case number | 2:24-bk-13606-NB. |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders include* your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
    corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
    agent, including one for a business you operate as a sole proprietor. 1 1 U.S.C. § 1 01. Include payments for domestic support obligations,
    as child support and alimony.

    ☒ No
    ☐ Yes. List all payments to an insider.

| | Dates of payment | Total Amount paid | Amount you still **owe.** | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | _____ |
| Number Street | _____ | | | |
| | | | | |
| | | | | |
| Insider's Name | | $_____ | $_____ | _____ |
| Number Street | _____ | | | |
| | | | | |
| City            State    ZIP Code | | | | |

8   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

    Include payments on debts guaranteed or cosigned by an insider.

    ☒ No
    ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total Amount paid | Amount you still **owe.** | Reason for this payment |
|---|---|---|---|---|
| Insiders Name | _____ | $_____ | $_____ | _____ |
| Number Street | _____ | | | |
| | | | | |
| City            State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | _____ |
| Number Street | _____ | | | |
| | | | | |
| | _____ | | | |

| Debtor 1 | Carla Lanette | | Martinez | Case number | 2:24-bk-13606-NB. |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4-    Identify Legal Actions, Repossessions, and Foreclosures**

**9 Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title | Carla Clenney Martinez vs | Fraud, Wrongful Foreclosure,NO | Superior Court of California | ☐ Pending |
| | Everardo Miramontes, New Haven | Contract, Quiet Title,Breach of | Stanley Mosk Court House | ☐ On appeal |
| | Financial, Garcia Tirardo, etl al | Fiduciary Duties, NEGLIGENCE | 111 North Hill St, Los Angeles, CA | ☒ Concluded |

Case number BC455989
Appellate Case B288389

| | Nature of the case | Street | |
|---|---|---|---|
| Case title | Garcia Tirardo Family | UNLAWFUL Detainer | Santa Monica Court | ☒ Pending |
| | Trust vs Carla Clenney, et al | | 1725 Main Street | ☐ On appeal |
| | | | Street | ☐ Concluded |
| Case number | 23SMUD 02052 | | Santa Monica, CA  90401 | |
| | | | State    ZIP Code | |

**I 0. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 1 1.
☒ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Cynthia Tirado,Tirado Family Trust | 3964 Redwood Avenue LA 90066 | 03/06/24 | $ 1,500.000.00 |
| Creditor's Name | | | |
| Richard Garcia, Landlord | | | |

Number Street

Explain    happened    I was a victim of an altered deed loan scheme, forgeries of my signatures on Federal loan disclosures

6728 Los Verdes Drive, Apt 8

☐ Property was repossessed.
☒ Property was foreclosed- after the lawsuit BC 455989 was FILED
☐ Property was garnished.
☒ Property was ,attached seized or levied  -by an Illegal Eviction based on a loan I did NOT QUALIFY to steal my 2 homes

Rancho Palos Verdes, CA 90275
City

Describe the property
Their $375,000 loan claims SFR 1, 2 bdrm/1bath 750 SQ ft, the REDWOOD property is SFR 2, (2 separate houses, total 4 bdrm/2 baths 1475 SQ ft, per

Creditor's Name

LA Tax Assessor, and Dept of LA Bldg permits - 1947, 1949, 1990

Number Street

Broker Richard Garcia and Lynn Wolcott did a Wrongful Foreclosure by a Credit Bid  SALE    **see BK CASE: HOOSHIM vs WOLCOTT

☐ Property    repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property attached,    levied.

City    State ZIP Code

**see BK case HOOSHIM vs WOLCOTT

Debtor 1   **Carla Lanette**                    **Martinez**                    Case number 2:24-bk-13606-NB.
    First Name   Middle Name   Last Name

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, setoff any amounts from your or refuse to make a payment because you owed a debt?

☒ No
☐ Yes. Fill in the details.

|  | Describe the action the creditor took | Date action taken | Amount |
|---|---|---|---|
| Creditor's Name |  | _____ | $_____ |
| Number Street |  |  |  |
|  |  |  |  |
| City   State ZIP Code | Last 4 digits of account number: XXXX-___ ___ ___ ___ |  |  |

☐ No
☐ Yes

## Part 5-   List Certain Gifts and Contributions

13 Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with total or more than $00 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift |  | _____ | $_____ |
|  |  | _____ | $_____ |
| Number Street |  |  |  |
| City   State ZIP Code |  |  |  |
| Person's relationship to you _____ |  |  |  |

| Gifts with a total value of more than $600 | Describe    gifts | you gave | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift |  | _____ | $_____ |
|  |  | _____ | $_____ |
| Number Street |  |  |  |
| City   State ZIP Code |  |  |  |
| Person's relationship to you _____ |  |  |  |

| Debtor 1 | Carla Lanette | | Martinez | Case number | 2:24-bk-13606-NB. |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No

☐ Yes  Fill the details for each gift or contribution.

| Gifts that total more than $600 | Describe    contributed | Date contributed | Value |
|---|---|---|---|
| | | | |

Charity's Name _____    _____ $_____

_____    _____ $_____

Number Street _____

City        State        ZIP Code

---

**Part 6-    List Certain Losses**

**15 Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, gambling?**

☒ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss
Include the amount that insurance has paid.  List pending insurance claims on line 33 of Schedule A/B Property. | Date of your loss. | Value of property |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:    List Certain Payments    Transfers**

**16. Within 1    before you filed bankruptcy, did you    acting    behalf pay    transfer    property to    you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☒ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment transfer was made | of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number Street | | _____ | $_____ |
| | | _____ | $_____ |
| City        State      ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| Debtor 1 | **Carla** | **Lanette** | **Martinez** | Case number | 2:24-bk-13606-NB. |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

|  | Description and value of any property transferred | Date payment | Amount of payment |
|---|---|---|---|
| _____ |  | | |
| Person Who Was Paid | | _____ | $_____ |
| _____ | | | |
| Number Street | | _____ | $_____ |
| _____ | | | |
| _____ | | | |
| City            State      ZIP Code | | | |
| _____ | | | |
| Email or website address | | | |
| _____ | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf **pay or** transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

|  | Description and value of any property transferred | Date payment transfer was | Amount of payment |
|---|---|---|---|
| _____ | | | |
| Person Who Was Paid | | _____ | $_____ |
| _____ | | | |
| Number Street | | _____ | $_____ |
| _____ | | | |
| City            State ZIP Code | | | |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer property to anyone other than property transferred in the ordinary course of your business financial
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

|  | Description and value of property transferred | Describe property payments received or debts paid exchange | Date transfer |
|---|---|---|---|
| _____ | | | |
| Person Who Received Transfer | | | |
| _____ | | | _____ |
| Number Street | | | |
| _____ | | | |
| _____ | | | |
| City            State      ZIP Code | | | |
| relationship        _____ | | | |
| _____ | | | |
| Person Who Received Transfer | | | |
| _____ | | | _____ |
| Number Street | | | |
| _____ | | | |
| _____ | | | |
| City            State      ZIP Code | | | |
| Person's relationship to you   _____ | | | |

Debtor 1    **Carla Lanette**                              **Martinez**                Case number    2:24-bk-13606-NB.
            First Name        Middle Name            Last Name

19 Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you
   a beneficiary? (These are often called asset-protection devices.)

☒ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | _____ | _____ |
| _____ | | |

---

**Part 2:**  **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit,
    closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions,
    brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account closed sold, or transferred | Last balance before closing |
|---|---|---|---|---|
| Name of Financial Institution _____ | XXXX___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Number Street _____ | | | | |
| City      State    ZIP Code | | | | |
| _____ | ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Number Street _____ | | | | |
| City      State    ZIP Code | | | | |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for
    securities, cash, or other valuables?

☒ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |
| Name of Financial Institution _____ | Name _____ | | |
| Number Street _____ | Number Street _____ | | |
| _____ | City    State    ZIP Code | | |
| City      State    ZIP Code | | | |

Debtor 1    **Carla Lanette    Martinez**    Case number    2:24-bk-13606-NB.
First Name    Middle Name    Last Name

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
☒ Yes. Fill in the details.

| | Who else has or had    to it'? | Describe the contents | Do you still have it ? |
|---|---|---|---|
| Extra Space Storage | Jessenia Martinez | Personal Items | ☐ No ☒ Yes |
| Name of Storage Facility | Name | | |
| | 3966 Redwood Avenue | | |
| Number Street | Number Street | | |
| Los Angeles, CA | Los Angeles, Ca. 90066 | | |
| | CityState ZIP Code | | |

---

### Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☒ No
☐ Yes. Fill in the details.

| | Where    property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| Number Street | Number Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

Environmental law means any federal, state, or local statute or regulation Concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

Site means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

Hazardous material means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☒ No
☐ Yes. Fill in the details.

| | Governmental | Environmental Law  if you know it. | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number Street | Number Street | | |
| City    State    ZIP Code | City    State ZIP Code | | |

Debtor 1   **Carla Lanette**                              **Martinez**                Case number   2:24-bk-13606-NB.
    First Name    Middle Name    Last Name

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

|  | Governmental | Environmental | if you know it | Date |
|---|---|---|---|---|

Name of site _____     Governmental unit _____     _____

Number Street _____     Number Street _____

_____                    _____

City     State     ZIP Code         City     State ZIP Code

**26.  you   party anyjudicial   administrative proceeding   any environmental   Include settlements and**

☒ No
☐ Yes. Fill in the details.

|  | Court or agency | Nature of the case | Status of the |
|---|---|---|---|

Case title _____

    Court Name _____          ☐ Pending

_____                                        ☐ appeal

    Number Street _____        ☐ Concluded

Case number _____     City     State ZIP Code

---

**Give Details About Your Business or Connections to Any Business**

**Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☒ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☒ Yes. Check all that apply above and fill in the details below for each business

*Southern California Signs*                Describe the nature of the business        Employer Identification number
Business Name                              HOME                                       Do not include Social Security number or ITIN
*3964 Redwood Avenue*                      *Sign business + no*
Number Street                              *longer working*                           EIN: __ __ - __ __ __ __ __ __ __
*Los Angeles, Ca 90066*                    Name of accountant or bookkeeper
                                           *Carla Martinez*                               existed
_____                            *(self)*                                   *1/2008* To *6/2024*

                                           Describe the nature of the business        Employer Identification number
Business Name                                                                         include Social Security number or ITIN

Number Street                                                                         EIN- __ __ - __ __ __ __ __ __ __
                                           Name     bookkeeper                        Dates
_____
                                                                                      From _____ To _____
City     State     ZIP Code

| Debtor 1 | Carla Lanette | | Martinez | | Case number | 2:24-bk-13606-NB. |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | Describe the nature of the business | Employer Identification |
|---|---|---|---|
| Business Name | | _____ | Do not include Social Security number or ITIN |
| | | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number Street | | Name of accountant or bookkeeper | |
| | | _____ | existed |
| City | State  ZIP Code | | _____ To _____ |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☒ No
☐ Yes. **Fill in the details below.**

| | Date issued |
|---|---|
| Name | MM I DD I YYYY |
| Number Street | |
| City  State  ZIP Code | |

---

**Part 12:**  **Sign Below**

I have read the answers on this Statement *of* Financial Affairs and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _Carla L. Martinez_     X _____
Signature of Debtor 1                     Signature of Debtor 2

Date _7/3/24_             Date _____

**Did you attach additional pages to** Your **Statement** *of* **Financial Affairs for Individuals** **Filing** for Bankruptcy (Off icial Form 107)?

☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person_____ Attach the *Bankruptcy Petition* Preparer's Notice, *Declaration, and* Signature (Official Form I 1 9).

Fill in this information to identify your case.

| | | | |
|---|---|---|---|
| Debtor 1 | **Carla** | **Lanette** | **Martinez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **CENTRAL** | District of **CALIFORNIA** | (State) |
| Case number | | | |
| | (if known) | | |

☒ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part I -   Summarize Your Assets

Your assets
Value of what you own

1 Schedule *A/B*: Property (Official Form 106A/B)
   Copy line 55, Total real estate, from Schedule *A/B* .................................................... **$1,500,000.00**

1 b Copy line 62, Total personal property, from Schedule A/B ............................................ **$26,000.00**

   Copy line 63, Total of all property on Schedule *A/B* ................................................... **$1,526,000.00**

### Part 2-   Summarize Your Liabilities

Your liabilities
Amount you owe

2 Schedule D- Creditors Who Have Claims Secured by Property (Official Form 106D)
   Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of *Schedule D* ....... $ 1,314.00

3 Schedule *E/F*: Creditors Who Have *Unsecured Claims* (Official Form 106E/F)
   Copy the total claims from Part 1 (**priority unsecured claims**) from line 5e of Schedule *E/F* ..... $ 31,267.62

3b Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ......... + $

Your total liabilities   $ 32,581.62

### Part 3-   Summarize Your Income and Expenses

4 Schedule /-Your Income (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule / ...................................... $ $1,945.86

5 Schedule J- Your Expenses (Official Form 106J)
   Copy    monthly    from line 22c of Schedule J ............................ $ $2020.00

| Debtor 1 | **Carla** | **Lanette** | **Martinez** | Case number | 2:24-bk-13606-NB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4-** | **Answer These Questions for Administrative and Statistical Records**

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13 ?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ *yes*

**7. What kind of debt do you have?**

☒ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 1 1 U.S.C. § 101 (8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the Statement of Your Current** *Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line I 1; OR, Form 122B Line 1 1; OR, Form 122C-1 Line 14,

| $1,945.86 |
|---|

**9.** Copy the following special categories of claims from Part 4, line 6 of *Schedule EIF:*

**Total claim**

From Part 4 on *Schedule EIF,* copy the following:

| | |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $_____ $0.00 _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ $0.00 _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ $0.00 _____ |
| 9d. Student loans. (Copy line 6f.) | $_____ $0.00 _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ $0.00 _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ $0.00 _____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ $0.00 _____ |

| Fill in this information to identify your case: | | | Check one box only as directed in this form and in Form 122A-1Supp. |
|---|---|---|---|

**Debtor 1**  Carla   Lanette   Martinez
First Name   Middle Name   Last Name

**Debtor 2**
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   **CENTRAL**   District of **CALIFORNIA**
(State)

Case number   **2:24-bk-13606-NB.**
(if known)

☒ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☒ Check if this is an amended filing

## Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income

12119

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1 Supp) with this form.

### Part V   Calculate Your Current Monthly Income

**1. What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-1 1.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-1 1.

☒ **Married and your spouse is NOT filing with you.** You and your spouse are:

☒ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-1 1.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-1 1; do not fill out Column B. By checking this box, you declare under penalty~of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 1 1 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 1 1 U.S.C. § 1 01 (10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor I | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| **2. Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $0.00 |
| **3. Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | |
| **4. All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | |

| **5. Net income from operating a business, profession, or farm** | **Debtor 1** | **Debtor 2** | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $2,692.86 | | | |
| Ordinary and necessary operating expenses − | $0.00 | $727.00 | | | |
| Net monthly income from a business, profession, or farm | $0.00 | $1,945.86 Copy here+ | $0.00 | $ | $1,945.86 |

| **6. Net income from rental and other real property** | **Debtor 1** | **Debtor 2** | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses − | | | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 Copy here $ | $0.00 | $ | $0.00 |

**7. Interest, dividends, and royalties**   $ $0.00   $ $0.00

| Debtor 1 | **Carla Lanette** | | **Martinez** | Case number | 2:24-bk-13606-NB. |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|

**8. Unemployment compensation** — $ 0 / $ 0

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .......... 40

For you ........................................ $ 0

For your spouse ............................ $ 0.0

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United btates Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title l 0, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of tifle 1 0 other than chapter 61 of that title. — $0.00 / $0.00

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page anod put the total below.

| NONE | $0.00 | $0.00 |
|---|---|---|
| | | |
| Total amounts from separate pages, if any.  + $ | $0.00 | $0.00 |

**I 1. Calculate your total current monthly Income.** Add lines 2 through I 0 for each column. Then add the total for Column A to the total for Column B.     $0.00   +   *$1,945.86*   | *$1,945.86* |

Total current monthly income

---

**Part 2:    Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year. Follow these steps:**

12a. Copy your total current monthly income from line 1 1 ...................... Copy line 1 1 here ➔   *$1,945.86*

Multiply by 12 (the number of months in a year).     x 12

12b. The result is your annual income for this part of the form.     12b. i     *$23,350.32*

**13. Calculate the median family income that applies to you. Follow these steps:**

Fill in the state in which you live.     *CA*

Fill in the number of people in your household.     *5*

Fill in the median **family income for your state** and size of household.   *(1 earner)* ..................... 13.   | *$74,819*.00 |

To find a list of applicable median income amounts, go online using the link specified in the separate instrucitons for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☒  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. DO NOT fill out or file Official Form 122A-2

14b. ☐  Line 12b is more than line 13. On the top of page 1, check box 2, The *presumption of abuse is determined by Form* 122A-2. Go to Part 3 and fill out Form 122A-2.

| Debtor 1 | **Carla Lanette** | | **Martinez** | Case number | 2:24-bk-13606-NB. |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 3- | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

x _Carla L. Martinez_ _____          X _____
Signature of Debtor 1                            Signature of Debtor 2

Date 7/10/2024 _____                           Date _____
MM / DD / YYYY                                   MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it ,With this form.

"IX