Carla L. Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454

Christopher Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454



**FILED**

OCT 25 2024

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ** <br> *Plaintiff(s)* <br><br> vs <br><br> **Garcia Tirado Family Trust; Richard Garcia; Cynthia Tirado; Reliable Trust Deed Services, Inc.; Everardo Miramontes** <br><br> **Defendant(s)** | Bankruptcy Case No: **2:24-bk-13606-NB** <br><br> Chapter: **7** <br><br> Adv. Proc. No: _____ <br><br> # ADVERSARY PROCEEDING <br><br> COMPLAINT TO RECOVER MONEY AND PROPERTY (BANKRUPTCY RULE 7001(1)) <br><br> *Fair Debt Collections Practices Act* (15 U.S.C §1692 et seq) <br><br> *Racketeer Influenced and Corrupt Organizations Act* (18 U.S.C § 1961 et seq) <br><br> The Declaratory Judgment Act - 28 U.S.C. §2201 - §2202 |

## ORIGINAL COMPLAINT FOR RECOVER MONEY AND PROPERTY, FRAUD, FAIR DEBT COLLECTION PRACTICES, RACKETEERING ACTIVITY, AND DECLARATORY JUDGMENT

### (WITH EXHIBIT "F"- *FRAUD* , EXHIBIT "Q"- *Quiet Title* & EXHIBIT "R" Racketeering)

("A short and plain statement of the claim showing that the pleader is entitled to relief") F.R.C.P. 8(a)

This is a complaint for quiet title, fraud, Adverse Possession, and to remove false liens by Carla Martinez & Christopher Martinez ("plaintiff") against the named defendants who have committed multiple acts of mortgage fraud, fraud, Negligent Misrepresentation, unlawful STEALTH FORECLOSURE, and wrongful evictions. Defendants entered into a conspiracy to steal and deprive plaintiff from real property which has been owned by plaintiff since 1969 until wrongfully foreclosed by a STEALTH FORECLOSURE and defrauded by forged instruments, without informing plaintiff with regards to the foreclosure action in violation of CCP 2924 which require notice to all owners of interest.

In an effort to steal plaintiff's property at a bogus STEALTH FORECLOSURE SALE, and to take over plaintiff's estate, the defendants have recorded false liens and fraudulent forged deeds against the property causing unlawful clouds to the title to the property.

Plaintiff now sues for fraud, cancellation of all written fraudulent instruments, and a declaration that title invest soley with him, and that defendants committed fraud. and have no estate or legal right in the subject property and to be forever enjoin from asserting any legal right to the subject property

*Action Of CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ*

## TABLE OF CONTENTS

INTRODUCTION - Complaint For Willful Violations of The Automatic Stay..............1

JURISDICTION AND VENUE...................................................................2

RELIEF SOUGHT..................................................................................2

THE PROPERTY IN DISPUTE...................................................................2
 **3964 Redwood Avenue  Los Angeles, Ca. 90066**

THE PARTIES......................................................................................3

STATEMENT OF FACTS.........................................................................4

UNLAWFUL ACTS WHICH VIOLATE THE AUTOMATIC STAY.............................4

COUNT 1: - **WILLFUL VIOLATIONS OF AUTOMATIC STAY**................................7

COUNT 2:  **FRAUD** (Exhibit F)...................................................................6
 FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY)
 AND SUBSEQUENT FRAUDULENT EVICTION

COUNT 3 - **NEGLIGENT MISREPRESENTATION**.............................................8

COUNT 4 - **VIOLATIONS OF Fair Debt Collection Pratices Act**.........................10

COUNT 5:  Complaint to **Quiet Title To Real Property. (Exhibit "Q")**...................11

COUNT 6:  **Complaint for Racketering** (18 USC 1961, et seq) **(Exhibit "R")**........12

COUNT 7:  Complaint for Declaratory Judgment.........................................12

**EXTREME AND OUTRAGEOUS CONDUCT**....................................................11

PRAYER FOR RELIEF..............................................................................12

DECLARATION OF    CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ  ....ATTACHED

**EXHIBITS**............................................................................APPENDIX

EXHIBIT "A" - **LEGAL DESCRIPTION**....................................................ATTACHED

**EXHIBIT "F"** - COMPLAINT FOR **FRAUD** ...............................................ATTACHED

**EXHIBIT "Q"** - COMPLAINT FOR **QUIET TITLE**.......................................ATTACHED

**EXHIBIT "R"  - COMPLAINT FOR RACKETEERING**..........................ATTACHED

Carla L. Martinez                    Christopher Martinez                    **Page 1 of 14**
3964 Redwood Avenue           3964 Redwood Avenue
Los Angeles, Ca. 90066          Los Angeles, Ca. 90066
Phone: 213-586-3454             Phone: 213-586-3454

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In Ref:
CARLA CLENNEY MARTINEZ

CARLA CLENNEY MARTINEZ &        §    Bankruptcy Case No: _2:24-bk-13606-NB_
CHRISTOPHER MARTINEZ            §
Plaintiff(s)                    §              Chapter: _7_
          vs.                   §
                                §    Adv. Proc. No: _____
                                §
Garcia Tirado Family Trust; Richard §
Garcia; Cynthia Tirado; Reliable Trust §
Deed Services, Inc.; Everardo   §    # ADVERSARY
Miramontes                      §    # PROCEEDING
                                §    COMPLAINT TO RECOVER MONEY AND PROPERTY
                                §         (BANKRUPTCY RULE 7001(1))
Defendant(s)                    §    Fair Debt Collections Practices Act
                                §         (15 U.S.C §1692 et seq)
                                     Racketeer Influenced and Corrupt Organizations Act
                                          (18 U.S.C §1961 et seq)
                                     The Declaratory Judgment Act - 28 U.S.C §2201 - §2202

**ORIGINAL COMPLAINT FOR RECOVER MONEY AND PROPERTY, FRAUD, FAIR DEBT COLLECTION PRACTICES, RACKETEERING ACTIVITY, AND DECLARATORY JUDGMENT (WITH EXHIBIT "F"- _FRAUD_ , EXHIBIT "Q"- _Quiet Title_ & EXHIBIT "R" _Racketeering_)**

## I. INTRODUCTION - NATURE OF THE CASE

This is an *Adversary Proceeding* brought by   CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ to recover property and *money*, pursuant to Bankruptcy Rule 7001(1), and a proceeding to determine the validity, priority, or extent of a lien or other interest in property pursuant to Rule 7001(2), an action to obtain an injunction or other equitable relief from *foreclosure fraud*, **COMPUTER FRAUD** and *FRAUD*, pursuant to Rule 7001(7) and suit to obtain a declaratory judgment pursuant to rule 7001(9) declaring defendants acts to be unlawful. The relief sought includes injunctive relief, *treble damages*, compensatory, and punitive damages for *Racketeering Activity*, the imposition of a constructive trust with tracing; cost of investigation and suit, interest, and attorney fees, for all other relief afforded under law for deceptive acts, *fraudulent claims and liens asserted against the bankruptcy estate* of the plaintiff.  Plaintiff is entitled to immediate *INJUNCTIVE RELIEF* from an *illegal foreclosure and scam unenforceable mortgage.*

## JURISDICTION & VENUE

This court has jurisdiction over this Adversary proceeding pursuant to Part VII, Rule 7001 and in particular, under Rule 7001(1) a proceeding to recover money or property, under Rule 7001(2), and action to obtain an injunction or other equitable relief, and Rule 7001(7), suit to obtain a declaratory judgment pursuant to Bankruptcy Rule 7001(9) Jurisdiction of this court over this matter is invoked pursuant to 28 U.S.C §157(b)(2)(k), 28U.S.C. §157(b)(2)(b), 28 U.S.C. §157(b)(2)(1)(B), under 28 U.S.C. §157(b)(2)(o) ,Fair Debt Collections Practices Act  (15 U.S.C §1692 et seq), Racketeer Influenced and Corrupt Organizations Act *(18 U.S.C §1961 et seq)*,The Declaratory Judgment Act - 28 U.S.C. §2201 -§2202   The court has jurisdiction to the state law claims for FRAUD, under the doctrine of supplemental jurisdiction and may enter a judgment relative to the FRAUD, and other state causes of action complained of in this complaint. The court has jurisdiction under 42 USC 1988, and attorney fees are requested pursuant to Attorney Fees Civil Rights Act of 1976.

### III. *JURISDICTION & VENUE*

4. This court has jurisdiction over this Adversary proceeding pursuant to Part VII, Rule 7001 and in particular, under Rule 7001(1) a proceeding to recover money or property, under Rule 7001(2), and action to obtain an injunction or other equitable relief, suit to obtain a declaratory judgment pursuant to Bankruptcy Rule 7001(9) Jurisdiction of this court over this matter is invoked pursuant to 28 U.S.C §157(b)(2)(k), 28U.S.C. §157(b)(2)(b), 28 U.S.C. §157(b)(2)(1)(B), under 28 U.S.C. §157(b)(2)(o) 42 USC 1985 (Conspiracy) This Court has jurisdiction under 28 U.S.C. §1334 because the automatic stay arises under Title 11. **Venue** is proper because the bankruptcy case and estate are situated in this judicial district.

### IV. *RELIEF SOUGHT*

5. Plaintiff(s) seeks immediate injunctive relief to avoid further violations of federal law, monetary damages, and a construct trust to be established by the court, with damages from all of the following:

(a) Relief from fraud and a ORDER TO SHOW CAUSE why certain monies and properties should not be immediately transferred to a constructive trust for the benefit of the plaintiffs; and,

(b) Monetary damages, including but not limited to, actual damages, damages for fraud, damages for unlawful Racketeering, offset/setoff of defendants fraudulent lien, and all other damages incidental to defendants fraudulent acts.

FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY)

AND SUBSEQUENT FRAUDULENT EVICTION

6. The property in dispute referred to herein as "The Property" set forth in ***Exhibit A*** related to this case is as follows:

### V. THE PROPERTY IN DISPUTE
### *LEGAL DESCRIPTION*

Lot 221 of Tract 5951, as per map recorded in Book 77, Page 72 of Maps, in the office of the County Recorder of Los Angeles County, California.

**STREET ADDRESS:**    3964 Redwood Avenue, Los Angeles, CA 90066

## THE PARTIES:

### PLAINTIFF:

7. CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ  is/are a natural person(s) . Plaintiff are parties who have been harmed by multiple acts of fraud, and acts of Racketeering and are entitled to treble damages as a result of defendant's illegal misconduct which has cause substantial losses to the financial estate of the plaintiffs.

### DEFENDANTS:

8.    **Garcia Tirado Family Trust**           is a           a private trust who has *willfully violated* the provisions of federal law, state law and the Constitution of the United States within the jurisdiction of this court., and who sought to deprive plaintiff of certain civil and constitutional protected under the constitution and whereas, defendant is individually and collectively, consciously, involved in a conspiracy under federal, and state to commit fraud, to oppress, and to harass plaintiff by willfully conspiring to violate the Racketeer Influenced Corrupt Organizations Act.

**Garcia Tirado Family Trust**           is sued individually and liable for the illegal acts.

9.    **Richard Garcia**     is a    an individual of full age and majority who has *willfully violated* the provisions of federal and state law and the Constitution of the United States Bankruptcy Code, within the jurisdiction of this court., and who sought to deprive plaintiff of certain civil and constitutional rights protected under the constitution whereas, defendant is individually involved in a conspiracy under 42 USC 1985 to commit fraud, to oppress, and to harass plaintiff by willfully conspiring to violate the automatic stay provisions of section 362(a).

**Richard Garcia**     is sued individually, and individually liable for the illegal acts.

10.    **Cynthia Tirado**     is a ____    an individual of full age and majority who has *willfully violated* the provisions of federal and state law and the Constitution of the United States Bankruptcy Code, within the jurisdiction of this court., and who sought to deprive plaintiff of certain civil and constitutional rights protected under the constitution whereas, defendant is individually involved in a conspiracy under 42 USC 1983, 1985 to commit fraud, to oppress, and to harass plaintiff by willfully conspiring to violate federal and state property laws related to the subject property.

**Cynthia Tirado**     is sued individually, and individually liable for the illegal acts.

11. **Reliable Trust Deed Services, Inc.**   is a    an individual of full age and majority who has *willfully violated* the provisions of federal and state law and the Constitution of the United States Bankruptcy Code, within the jurisdiction of this court., and who sought to deprive plaintiff of certain civil and constitutional rights protected under the constitution whereas, defendant is individually involved in a conspiracy under 42 USC 1985 to commit fraud, to oppress, and to harass plaintiff by willfully conspiring to violate federal and state property laws related to the subject property.

**Reliable Trust Deed Services, Inc.**   is sued individually, and individually liable for the illegal acts.

### STATEMENT OF FACTS:

# STATEMENT OF FACTS:

12. Plaintiff(s) CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ filed bankruptcy in case number

2:24-bk-13606-NB on __10/23/2024__ in the **UNITED STATES BANKRUPTCY COURT**.

2:24-bk-13606-NB __Wednesday__ **CENTRAL DISTRICT OF CALIFORNIA**

13. This complaint's allegations are based on personal knowledge as to defendant's conduct and made

on information and belief as to the acts of others.

14. Defendant and each of them have violated federal and state law related to property rights and

perpetrated frauds as described herein and in Exhibit F - The Fraud Colletion.

15. The acts perpetrated by these defendants, includes, but is not limited to, fraud, debt harassment,

racketeering, and is described in short , as follows:

## UNLAWFUL ACTS WHICH VIOLATED FEDERAL & STATE LAW

16. FALSE CLAIM OF FORECLOSURE SALE

   FALSE DEBT NOT OWED TO DEFENDANT

   FALSE LOAN RELATED TO DEED

   FORGED TRUSTEE DEED BY DEFENDANTS

   FORGED AMOUNT IN THE DEED

   FALSE INTEREST ON FALSE LOAN

   ABUSIVE EVICTION PAPERS SERVED

## THE CIVIL CONSPIRACY

17. It is alleged that one, or more, or all of the defendants committed the acts in a conspiracy to

defraud and to steal valuable property for profit, and/or to otherwise violate the civil and constitution

rights of the plaintiff.

18. Defendants          **Garcia Tirado Family Trust**                committed the fraud herein.

19. Defendants          **Richard Garcia**          committed the fraud and illegal acts herein.

20. Defendants          **Cynthia Tirado**          committed the fraud and illegal acts herein.

21. Defendants    **Reliable Trust Deed Services, Inc.**    committed the fraud and illegal acts herein.

22. Defendants          **Everardo Miramontes**          committed the fraud and illegal acts herein.

23. That if it is found that the defendants did not enter into a civil conspiracy to commit the alleged acts

then it is alleged that each of the defendants independently committed the acts and are subject to

all penalties, fines, and punitive damages under law.

### STATEMENT OF FACTS:

#### Garcia Tirado Family Trust

24. Defendants conduct as alleged herein caused plaintiff sleepless nights, upset stomach, and other significant emotional harm distinct from the inherent stress of the normal bankruptcy process.

25. Exhibit "F" the Fraud Claim is incorporated herein by reference as if full setforth herein and whereas this fraud described herein and in Exhibit F describes the basis of the violations of federal law above which violates civil, constitutional rights, and property rights.

26. Multiple acts of fraud, and rackeetering were perpetrated by the defendants on different dates of and at different times, over a long period of time, showing a patter of racketeering activity.

27. : On ____5/20/2024____ defendants committed yet another fraud in its long criminal activity against the estate of plaintiff, including, but not limited to, the fraud described in Exhibit "F" herein, and further that many of these fraud assert an illegal debt in violation of FDCPA and RICO laws.

28. Defendants conduct as alleged above was in pursuit of profit, and constituted a wanton, outrageous and oppressive violation of plaintiffs right to be free from collection activities during bankruptcy.

### THE PURSUIT OF ILLEGAL PROFIT

### FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION

28.1   It is alleged that the above acts are unlawful in commerce and violate the federal, constitutional rights, and state law property of plaintiffs complained of herein.

28.2    It is alleged that the above acts violate the Racketeer Influenced Corrupt Organizations Act, and defendants, and each of them are liable for the alleged acts and fraud complained of herein.

# FRAUD:

California Civil Code sections §1572, §1709, and §1710

## FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION

29. **_Exhibit "F" - The complaint for FRAUD_**, attached herein, and the previous paragraphs are incorporated herein by reference as if fully setforth herein. It is alleged that the acts of the defendants constitute actionable fraud for which each of the defendants are liable.

---

**DESCRIPTION:**

**FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION**

**DATE AND TIME:**

11/1/2019, 2/15/2023; May 1, 2023, May 5, 2024 ;July 12, 2024; 8am-10am

**NATURE OF THE SCHEME**

This is a complaint for quiet title, fraud, Adverse Possession, and to remove false liens by Carla Martinez & Christopher Martinez ("plaintiff") against the named defendants who have committed multiple acts of mortgage fraud, fraud, Negligent Misrepresentation, unlawful STEALTH FORECLOSURE, and wrongful evictions. Defendants entered into a conspiracy to steal and deprive plaintiff from real property which has been owned by plaintiff since 1969 until wrongfully foreclosed by a STEALTH FORECLOSURE and defrauded by forged instruments, without informing plaintiff with regards to the foreclosure action in violation of CCP 2924 which require notice to all owners of interest.

In an effort to steal plaintiff's property at a bogus STEALTH FORECLOSURE SALE, and to take over plaintiff's estate, the defendants have recorded false liens and fraudulent forged deeds against the property causing unlawful clouds to the title to the property.

Plaintiff now sues for fraud, cancellation of all written fraudulent instruments, and a declaration that title invest soley with him, and that defendants committed fraud, and have no estate or legal right in the subject property and to be forever enjoin from asserting any legal right to the subject property

---

**CONTENT OF THE FALSE REPRESENTATION**

The content of the false representation is that defendant had a real deed but which in fact was a forged instrument. The fraudulent deed was used to perpetrate a fraudulent eviction which was used to divest plaintiff of her equity and physical access to the property, thereby violating plaintiff's civil rights. A wrongful notice to vacate was wrongfully issued against plaintiff's.

30. Defendants made several false, fraudulent statements, and misleading statements in support of the fraud which is fully setforth in **Exhibit "F" - The complaint for Fraud** attached herein and fully incorporated herein. These misrepresentations were material misrepresentation.

## **_PLAINTIFF'S RELIANCE ON THE FRAUD:_**

31. Plaintiff relief upon these misrepresentations to the extent that these frauds were place in writing and /or filed as part of public record documents which mislead plaintiff and the public.

### **_PLAINTIFF HAS SUFFERED DAMAGES AS A RESULT OF THE FRAUD_**

32. Plaintiff has suffered economic damages, financial damages, and other damages _setforth in Exhibit "F" The Fraud Complaint_. Plaintiff alleges that defendant fraudulent acts are the proximate causes of the fraud and losses.

CAUSE OF ACTION - FRAUD                    STATEMENT OF FACTS:

## STATEMENT OF FACTS:

## THE FRAUDULENT TRUSTEE DEED UPON SALE IS LINKED TO AN EXTREME FINANCIAL SCHEME TO STEAL PLAINTIFF'S REAL PROPERTY HAVE A VALUE OF OVER $1 MILLION

Plaintiff incorporates Exhibit F, Exhibit R, and the above allegations above by reference.

33.

In an evil conspiracy to steal and defraud plaintiff's the defendant, and each of them individually constructed false insrument

34. Defendants acts were further willful considering all of the following events:

FALSE CLAIM OF FORECLOSURE SALE

FALSE DEBT NOT OWED TO DEFENDANT

FALSE LOAN RELATED TO DEED

FORGED TRUSTEE DEED BY DEFENDANTS

FORGED AMOUNT IN THE DEED

35. Under the bankruptcy code plaintiff is entitled to compensation for actual damages, proportional punitive damages, and reasonable fees and costs from defendant in amounts to be decided by the Court.

36. _____ Garcia Tirado Family Trust _____ willfully violated federal law.

37. It is alleged that _____ Richard Garcia _____ willfully violated federal law.

38. It is alleged that _____ Cynthia Tirado _____ willfully violated federal law

39. It is alleged that _____ Reliable Trust Deed Services, Inc. _____ willfully violated federal law.

40. It is further alleged that one, or more, or all of the defendants formed a conspiracy to violate the federal and state law, and the said conspiracy was perpetrated for profit and to deprive plaintiff of constitutional rights and privileges protected under the Constitution of the United States.

41. A FRAUDULENT TRUSTEE DEED UPON SALE

FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY)

AND SUBSEQUENT FRAUDULENT EVICTION

## STATEMENT OF FACTS:  EQUITABLE ESTOPPEL

**FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY)
AND SUBSEQUENT FRAUDULENT EVICTION**

42. Exhibit "F" the complaint for fraud, Exhibit R, The complaint for Racketeering, and the previous paragraphs are incorporated herein by reference.

Defendants are estopped from making an false statement or misrepresentations set out in Exhibit "F" the fraud complaint.

43. Specifically, plaintiffs have a cause of action for **Equitable Estoppel** against defendants as follows"

(1) a representation or concealment of material facts; namely
**FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY)
AND SUBSEQUENT FRAUDULENT EVICTION**

(2) The above fraud was willfully made with knowledge, actual or virtual, of the facts;

(3) The above misrepresentation was made to a party actually ignorant of the truth;

(4) It is alleged that defendants intended with full intention that plaintiff act upon it; and

(5) the *plaintiff was induced* to act upon the fraud by defendant's misrepresentations as follows.

FALSE CLAIM OF FORECLOSURE SALE

FALSE DEBT NOT OWED TO DEFENDANT

FALSE LOAN RELATED TO DEED

FORGED TRUSTEE DEED BY DEFENDANTS

FORGED AMOUNT IN THE DEED

COLLECTION OF AN UNLAWFUL DEBT

FRAUD AND WIRE FRAUD PERPETRATED WITH THE TRUSTEE DEED UPON SALE

44. Plaintiff(s) is/are entitled to a judgment of equitable estoppel preventing defendants from making the above misrepresentation against the financial estate of the plaintiff.

45. Further defendants are equitably estopped from their fraudulent acts as follows:

**FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY)
AND SUBSEQUENT FRAUDULENT EVICTION**

46. There is a casual link between defendants acts for fraud, and misrepresentations and the unlawful acts to be estopped.

47. Defendants acts of fraud and misrepresentation are the proximate causes of the cause of action for Equitable Estoppel.

## STATEMENT OF FACTS:   FORECLOSURE ON COMMERCIAL LIEN

48. Exhibit "F: The Complaint for Fraud, and the previous paragraphs are incorporated herein by reference as if full setforth herein.

One of the procedural rights the law of secured transactions grants a secured creditor to enforce its lien is the right to take possession of the secured property upon the debtor's default. Uniform Commercial Code § 9-503, 3A U. L. A. 211 (1981).

49. Plaintiff holds a secured interest in the subject property and now moves to foreclose that interest and take possession of the subject property as defendants are in default or subject to setoff.

50. Demand has been made upon the defendants but payment for any offsets of any liens owed by the defendants has been made after demand.

51. Accordingly plaintiff is entitled to foreclose the lien on the subject property:

### LEGAL DESCRIPTION:

Lot 221 of Tract 5951, as per map recorded in Book 77, Page 72 of Maps, in the office of the County Recorder of Los Angeles County, California.

**STREET ADDRESS:** 3964 Redwood Avenue, Los Angeles, Ca. 90066

52. Accordingly, a judgment should be entered for foreclosure of plaintiff's commercial lien and a writ of possession should issue to satisfy the plaintiff's secured debt in this matter.

## STATEMENT OF FACTS:

### FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION

### CAUSE OF ACTION - *NEGLIGENT MISREPRESENTATION*

53. Plaintiff incorporates Exhibit F - The complaint for fraud, and the allegations above by reference as if fully set forth herein.

54. Defendants fraudulent acts result in negligent misrepresentation:

(a) It is alleged that each of the defendant's representations that are false;

(b) It is alleged that these representations were made in the course of the defendant's business, or in any action in which these defendants has pecuniary interest or claim to have an interest;

(c) It is further alleged that the representations were made for the guidance of others in their business transactions;

(d) Plaintiff's justifiably relied upon these misrepresentation, as many of these misrepresentations were filed and recorded in public record given the impression that the misrepresentation were true but which in fact were indeed false.;

(e) The reliance resulted in pecuniary loss to the plaintiff(s) and to plaintiff's financial estate; and,

(f) These defendants failed to exercise reasonable care or competence in obtaining or communicating the information relative to its fraudulent activity.

55. It is alleged that all of the following represents Negligent Misrepresentations by defendants:

FALSE CLAIM OF FORECLOSURE SALE

FALSE & FRAUDULENT DEBT NOT OWED TO DEFENDANT

FALSE LOAN CONNECTED TO PLAINTIFF'S DEED

FORGED TRUSTEE DEED BY DEFENDANTS (FORGERY)

FORGED NON-EXISTENT AMOUNT IN THE DEED OF TRUST

COLLECTION OF AN UNLAWFUL DEBT

FRAUD AND WIRE FRAUD PERPETRATED WITH THE TRUSTEE DEED UPON SALE

56. It is specifically alleged that plaintiffs have been financially harmed by the above misrepresentations and the these misrepresentations are the proximate causes of the harm.

## STATEMENT OF FACTS:

57.   It is alleged herein that defendants has committed criminal FRAUD, forgery against the estate of plaintiff in violation of federal law and the state penal codes.

58. The Fraud consist of those acts described in Exhibit "F" and further defendants did commit all of the following non-exclusive acts which violate the act:

(a) sending fraudulent collections letters via the mail to plaintiff,

(b) Making threats to sue plaintiffs if the phone debts are not paid,

(d) Defendants forged legal documents and presented as genuine evidence known false documents pertaining to money, finances, or property belong to the plaintiff, and,

59. In short defendants have created a scheme and method for creating false documents for their own benefit and gain which sought to defraud plaintiffs.

60.   Defendants manufactured for themselves fraudulent instruments including a forged signatures defrauds public record and the pubblic for their exclusive benefit whereby defendants stand to profit using evil and deceptive means including but not limited to the above fraudulent instruments and fraudulent act identified as:

61. All of the following acts committed by defendants violate the Fair Debt Collections Practices Act:

**FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY)
AND SUBSEQUENT FRAUDULENT EVICTION**

FALSE CLAIM OF FORECLOSURE SALE

FALSE DEBT NOT OWED TO DEFENDANT

FALSE LOAN RELATED TO DEED

FORGED TRUSTEE DEED BY DEFENDANTS

FORGED AMOUNT IN THE DEED

FALSE INTEREST ON FALSE LOAN

ABUSIVE EVICTION PAPERS SERVED

62.  Plaintiff(s) is/are entitled to civil damages for the above unlawful violations above actual damages, statutory damages, attorney's fees and costs, punitive damages for the fraud, and willful violations of the Fair Debt Collection Practices Act.

## STATEMENT OF FACTS:

### THE ACTS OF FRAUD COMPLAINED OF HEREIN VIOLATED THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT

### CAUSE OF ACTION - *VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACTS*

Plaintiff incorporates the allegations above by reference.

63.  Defendant's acts as alleged herein  is a violation of the fair debt collection practices act and plaintiff is entitled to recover damages pursuant 15 U.S.C. § 1692-1692, (civil liability) because defendants have falsely represented "the character, amount, or legal status of any debt," in violation of § 1692e(2)(A); and have used various "unfair or unconscionable means to collect or attempt to collect" a *unlawful consumer debt*, and a debt which is not owed to them in violation of §1692f.

64.  It is specifically alleged that defendants, are debt collectors "debt collector" including those who "regularly collect or attempt to collect, directly or indirectly, consumer debts owed or due or asserted to be owed or due another consistent with §1692a(6).

65.  It is further alleged that defendant lawyers and attorneys are debt collectors who regularly tries to obtain payment of consumer debts through legal proceedings or "attempts" to "collect" those consumer debts. See, e.g., Black's Law Dictionary 263 (6th ed. 1990) ("To collect a debt or claim is to obtain payment or liquidation of it, either by personal solicitation or legal proceedings").

The Fair Debt Collection Practices Act prohibits "debt collectors" from making false or misleading representations and from engaging in various abusive and unfair practices and whereas the act says, for example, that a "debt collector" may not use violence, obscenity, or repeated annoying phone calls, 15 U.S.C. § 1692d; *may not falsely represent "the character, amount,* or *legal status* of any debt," § 1692e(2)(A); and *may not use various "unfair or unconscionable means to collect or attempt to collect" a consumer debt*, § 1692f.

66.  Defendant have misrepresented the character amount and legal status of a debt and such misrepresentation was willful and made with the intentions of harassing plaintiff with regards to the debto

### 67. *Plaintiff Was The Object Of Collection Activity Arising From Consumer Debts*

*Plaintiffs are individuals who are the object of illegal collection activity arising from consumers debts, namely, the debts, fraudulent debts, and  FRAUD complained of Exhibit F.*

68. Defendant, and their attorneys are Debt Collector As Defined by the FDCPA  as setforth herein and more particularly described in *Exhibit F - Complaint for Fraud.*

## STATEMENT OF FACTS:

69.  It is alleged herein that defendants has committed criminal FRAUD, forgery against the estate of plaintiff in violation of federal law and the state penal codes.

70. The Fraud consist of those acts described in Exhibit "F" and further defendants did commit all of the following non-exclusive acts which violate the act:

(a) sending fraudulent collections letters via the mail to plaintiff,

(b) Making threats to sue plaintiffs if the phone debts are not paid,

(d) Defendants forged legal documents and presented as genuine evidence known false documents pertaining to money, finances, or property belong to the plaintiff, and,

71. In short defendants have created a scheme and method for creating false documents for their own benefit and gain which sought to defraud plaintiffs.

72.  Defendants manufactured for themselves fraudulent instruments including a forged signatures defrauds public record and the pubblic for their exclusive benefit whereby defendants stand to profit using evil and deceptive means including but not limited to the above fraudulent instruments and fraudulent act identified as:

73. All of the following acts committed by defendants violate the Fair Debt Collections Practices Act:

☑ **FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION**

FALSE CLAIM OF FORECLOSURE SALE

FALSE DEBT NOT OWED TO DEFENDANT

FALSE LOAN RELATED TO DEED

FORGED TRUSTEE DEED BY DEFENDANTS

FORGED AMOUNT IN THE DEED

COLLECTION OF AN UNLAWFUL DEBT

FRAUD AND WIRE FRAUD PERPETRATED WITH THE TRUSTEE DEED UPON SALE

75.  Plaintiff(s) is/are entitled to civil damages for the above unlawful violations above actual damages, statutory damages, attorney's fees and costs, punitive damages for the fraud, and willful violations of the Fair Debt Collection Practices Act.

# STATEMENT OF FACTS:

## CAUSE OF ACTION - *COMPLAINT TO QUIET TITLE*

Plaintiff incorporates *Exhibit "Q"* attached herein and the allegations above by reference.

76.  Defendant's violations of law  as alleged hereinabove resulted in liens, and unlawful clouds, over the title to plaintiff's property as a direct result of the violations of the automatic stay from multiple sources, which unlawful acts has clouded plaintiff's good title.

77.  Plaintiff(s) is/are the true owners to the subject property and seeks to quiet all fraudulent liens against the subject property

78.  Exhbit "Q" - The Quite Title and its accompanying fraud claim are fully setforth in Exhibit Q attached to this complaint and is fully incorporate herein as if fully setforth herein.

79.  Defendants and each of them knew or should have known that their wanton, and willful unlawful acts to violate the automatic stay as setforth herein was a gross violation of law and thus defendants had no reasonable grounds to believe that title to the subject property actually belong to them.

80.  Plaintiff(s) are the lawful owners of the subject property as fully set forth in Exhibit Q - Complaint for Quite title fully incorporated here.

81.  Each of the named defendants claim to have an interest in the subject property which made the basis of this case, but defendant's purported claims to the property is based solely on Fraud and is unenforceable against the plaintiffs.

82.  Accordingly, as setforth in Exhibit Q - The Quiet Title complaint, plaintiff(s) is/are entitled to a declaratory judgment declaring the determination of rights to the subject property, and a order declaring that defendants do not have any interest in the subject property, has no estate or right in the property, and that plaintiff is fully vested in full, and sole rights to the subject property.

83.  Plaintiff(s) are further entitled to a order to the clerk of property records to reinstate plaintiff's title and ownership and strike and all instances of defendant's purported ownership of the subject property.

84.  Plaintiffs are further entitled to a judgment of cancellation of clouds and lien which have resulted in Fraud complained of herein.

85.  The the quiet title and cancellation of liens is against all named defendants herein because each of these defendants claim an interest in the subject property which made the basis of this case.

## STATEMENT OF FACTS:

### WILLFUL VIOLATIONS OF LAW RESULTED IN THE DEPRIVATION OF PLAINTIFF'S CIVIL RIGHTS PROTECTED UNDER 42 USC 1983 AND CONSTITUTIONAL RIGHTS UNDER THE 4TH AND 5TH AMENDMENTS

### CAUSE OF ACTION - *VIOLATION OF CIVIL RIGHTS 42 USC 1983*

Plaintiff incorporates *Exhibit F - the fraud claim* and the allegations above by reference.

86.  Defendant's violation of 11 U.S.C. § 362(a)(6) as alleged above was a violation of plaintiff Civil rights under 42 USC 1983, 1985 and 1981. because the unlawful and fraudulent acts deprived plaintiff of constitutional rights related to a bankruptcy case, and in particular the right to obtain relief from the automatic stay in bankruptcy.

87.  It is specifically alleged herein that the named defendants were **acting under color of law** to deprive plaintiff of the above property, property rights, and the right to relief from the automatic stay protected under 362(a) of the Bankruptcy Code are therefore liable 42 USC 1983.

88.  The following civil rights were violated by defendants:

### 1.  THE RIGHT TO BE FREE FROM FINANCIAL FRAUD AND RACKEETERING IN BANKRUPTCY PROCEEDINGS

### 2.  THE RIGHT TO PROPERTY AND TO BE FREE FROM FRAUD WHICH CREATE UNLAWFUL CLOUDS OVER THE TITLE TO REAL PROPERTY

**Garcia Tirado Family Trust** violated plaintiff's civil rights by: violating the above stated rights by committing the frauds complained of in Exhibit F and those acts of racketeering described herein in attached Exhibit R.

**Richard Garcia** violated plaintiff's civil rights by: violating the above stated rights by committing the frauds complained of in Exhibit F and those acts of racketeering described herein in attached Exhibit R.

**Cynthia Tirado** violated plaintiff's civil rights by: violating the above stated rights by committing the frauds complained of in Exhibit F and those acts of racketeering described herein in attached Exhibit R.

**Reliable Trust Deed Services,** violated plaintiff's civil rights by: violating the above stated rights by committing the frauds complained of in Exhibit F and those acts of racketeering described herein in attached Exhibit R.

**Everardo Miramontes** violated plaintiff's civil rights by: violating the above stated rights by committing the frauds complained of in Exhibit F and those acts of racketeering described herein in attached Exhibit R.

## STATEMENT OF FACTS:

### CAUSE OF ACTION - DECLARATORY JUDGMENT

28 U.S.C. §2201

Plaintiff incorporates **_Exhibit F - the fraud claim_** and the allegations above by reference.

48.  Defendant's violation of 11 U.S.C. § 362(a)(6) as alleged above was a violation of plaintiff Civil rights under 42 USC 1983, and plaintiff is entitled to a declaratory judgment declaring the unlawful and fraudulent acts to be a deprivation of plaintiff of constitutional rights related to a bankruptcy case, and in particular the right to obtain relief from the automatic stay in bankruptcy.

49. Specifically,  plaintiff is entitled to a declaratory judgment under Rule 57 Declaratory Judgment and for invoking the procedure for obtaining a declaratory judgment under 28 U.S.C. §2201.

50. The existence of another adequate remedy does not preclude a declaratory judgment that is otherwise appropriate and this court may order a speedy hearing of a declaratory-judgment action pursuant to 28 U.S.C. §2201.

51.  Plaintiff seek a declaratory judgment that all of the following acts were unlawful:

**FALSE CLAIM OF FORECLOSURE SALE**

**FALSE DEBT NOT OWED TO DEFENDANT**

**FALSE LOAN RELATED TO DEED**

**FORGED TRUSTEE DEED BY DEFENDANTS**

**FORGED AMOUNT IN THE DEED**

52.  Plaintiff further seeks a declaratory judgment on the fraud claim in this action and further set forth in Exhibit F - The Complaint for Fraud, that defendants committed the said fraud, and that such fraud violates the provisions of the Automatic Stay of Section 362(a) of the Bankruptcy Code.

## EXTREME AND OUTRAGEOUS CONDUCT

*53.* The preceding paragraphs and Exhibit F - The fraud claim are incorporated herein by reference reallege, as if fully set forth herein.

54. Plaintiff further contends that defendant's fraudulent conduct, the conspiracies, and the wanton and willful disregard for the automatic stay complained of herein, including the matters complained of in the preceding paragraph, the violations of civil rights, the *deprivation of civil rights,,* the unlawful actions taken against, including the FRAUD complained of herein, exceeds all bounds usually tolerated by a decent society, and moreover was ***done with malice,*** and with intent to cause knowledge that it would cause, and in fact has caused, ***severe mental and physical distress*** and ***economic loss to the plaintiff.*** Defendant's flagrant, willful disregard for the law, its despicable fraudulent conduct, is **Extreme & Outrageous,** and should be punished with *punitive* damages. The Violations were Willful.

55. Regarding the conspiracy claimed herein, plaintiff asserts that if it is found that one or more or all of the defendants did not actively participate in the said illegal acts and conspiracy, then it is alleged that said defendants had knowledge of the conspiracy, the power to prevent, or aid in the prevention of the conspiracy, and *refused to do so.*

**56.** That, in the alternative and in the event that this court finds that there was no conspiracy between the defendants named herein to collectively harass or defraud the plaintiff, plaintiff alleges that one, or more, or *all of the defendants* named herein **independently committed the unlawful acts** described herein, which acts resulted in *the loss of valuable property rights,* deprivation and violation of plaintiff's rights, privileges, and immunities guaranteed under laws of the United States.

57. Plaintiff alleges that all of following conduct complained of herein is ***extreme and outrageous:***

### FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY)
### AND SUBSEQUENT FRAUDULENT EVICTION

FALSE CLAIM OF FORECLOSURE SALE

FALSE DEBT NOT OWED TO DEFENDANT

FALSE LOAN RELATED TO DEED

FORGED TRUSTEE DEED BY DEFENDANTS

FORGED AMOUNT IN THE DEED

FALSE INTEREST ON FALSE LOAN

ABUSIVE EVICTION PAPERS SERVED

## PRAYER FOR RELIEF

### (with Punitive Damages)

48. Plaintiff's now pray for judgment against defendants as follows:

A. **Money Judgment** in favor of plaintiff against each defendant in solido for willful violation of the automatic stay, fraud, negligent misrepresentation, actual damages and punitive damages, and,

B. **Declaratory Relief** declaring the acts to be unlawful,

C. The issuance of a SHOW CAUSE order ordering defendants to show cause why an injunction should not issued against them,

D. An ORDER establishing a CONSTRUCTIVE TRUST, consistent with defendant's real property fraud,

E. A judgment against the FRAUD as setforth in Exhibit "F" - the complaint for Fraud,

F. A money judgment against the Rackeetering as fully setforth in Exhibit "R" RICO COMPLAINT

## MONETARY DAMAGES

| | |
|---|---|
| Willful Violation of FDCPA and Federal Law | $250,000.00 |
| FRAUD (See Exhibit "F" - The Fraud Complaint) | $2,580,000.00 |
| Negligent Misrepresentation | $2,580,000.00 |
| RICO (See Exhibit "R" - The RICO Complaint) (Treble Damages) | $16,400,000.00 |
| Civil Rights Violations | $500,000.00 |
| OFFSET/SETOFF | $3,140,000.00 |
| Punitive Damages | $1,000,000.00 |

49. Plaintiff also seeks any equitable relief this Court may determine is fair.

50. Plaintiff may amend this complaint to include additional claims as new information about defendants fraud system is learned through discovery.

51. Plaintiff intends to execute a Motion for Withdrawal of Reference to address any non-core civil rights causes of action complained of in this Adversary Proceeding in the United States District Court.

*WHEREFORE, ALL PREMISES CONSIDERED, Plaintiff pray that this Honorable Court after due proceeding, and all legal delays, do enter judgment against the defendants jointly, severely, and in solido, **condemning them all**, for the said unlawful acts in the full amount of :*    $26,450,000.00

Carla L. Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454

Christopher Martinez
3904 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454

Dated: _____ **October 23, 2024** _____

## JURY TRIAL DEMANDED

## VERIFICATION

### OF

## CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ

I (we), CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ    am plaintiff(s) in the above-entitled action. I (we)

have read the foregoing complaint and know the contents thereof.    The same is true

of my own knowledge, except as to those matters which are therein alleged on information and

belief, and as to those matters, I (we) believe it to be true.

I (we) declare under penalty of perjury that the foregoing is true and correct and that this

declaration was executed at: _____    Los Angeles    _____

CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ

Dated: ___October 23, 2024___

## REQUEST FOR SERVICE

Please serve defendants at the following addresses:

Garcia Tirado Family Trust
6728 Los Verdes Dr.
Apartment 8
Rancho Palos Verdes, Ca. 90275

Richard Garcia
6728 Los Verdes Dr.
Apartment 8
Rancho Palos Verdes, Ca. 90275

Cynthia Tirado
6728 Los Verdes Dr.
Apartment 8
Rancho Palos Verdes, Ca. 90275

Reliable Trust Deed Services
19510 Venture Blvd, Suite 214
Tarzana, Ca. 91356

Everardo Miramontes
11704 Culver Blvd
Los Angeles, Ca. 90066

## Exhibits

| Exhibit # | Description of Exhibit |
|---|---|
| A | LEGAL DESCRIPTION |
| F | COMPLAINT FOR FRAUD |
| 1 | FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION |

EXHIBITS

## EXHIBIT "A" - LEGAL DESCRIPTION

Lot 221 of Tract 5951, as per map recorded in Book 77, Page 72 of Maps, in the office of the County Recorder of Los Angeles County, California.

STREET ADDRESS  3964 Redwood Avenue  Los Angeles, Ca. 90066

# EXHIBIT "F"

## <u>COMPLAINT FOR FRAUD</u>

# FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION

---

## <u>ASSERTED AGAINST:</u>

### (ALL DEFENDANTS, INDIVIDUALLY)

i

NOTICE PLEADING: Rule 9(b) of the Federal Rules of Civil Procedure requires that the facts constituting the fraud be pled  with specificity, as conclusion allegations are insufficient. FED. R. CIV. PROC. 9(b) (See Moore v. Kayport Package Exp. Inc. 885 F. 2d 533,540 (9th Cir. 1989) (" A pleading is sufficient under Rule 9(b) if it identifies the circumstances constituting the fraud so that the defendant can prepare an adequate answer to the allegations. A statement of time, place, and nature of the alleged fraudulent activities are sufficient. (Walling v.Beverly Enters, 476 F. 2d. 393,397, (9th Cir. 1973) concluding time, place and nature of fraud meets Rule 9(b) requirements.

*Cause of Action - Fraud*

Carla L. Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454

Christopher Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454

Page 1 of 13

# EXHIBIT "F"

CARLA CLENNEY MARTINEZ & CHRISTOPHER
MARTINEZ
**Plaintiff**

VS

§
§
§
§
§
§
§
§
§
§
§

Garcia Tirado Family Trust; Richard Garcia;
Cynthia Tirado; Reliable Trust Deed Services,
Inc.; Everardo Miramontes

**Defendant(s)**

# COMPLAINT FOR FRAUD

California Civil Code sections §1572, §1709, and §1710

ATTACHMENT TO:

☑ Complaint    ☐ Cross-Complaint

**ASSERTED AGAINST:**

**ALL DEFENDANTS**

**JURY TRIAL DEMANDED:**

NATURE OF THE FRAUD:

## FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION

## I. INTRODUCTION: NATURE OF THE SCHEME
## STATEMENT OF FACTS

This is a complaint for quiet title, fraud, Adverse Possession, and to remove false liens by Carla Martinez & Christopher Martinez ("plaintiff") against the named defendants who have committed multiple acts of mortgage fraud, fraud, Negligent Misrepresentation, unlawful STEALTH FORECLOSURE, and wrongful evictions. Defendants entered into a conspiracy to steal and deprive plaintiff from real property which has been owned by plaintiff since 1969 until wrongfully foreclosed by a STEALTH FORECLOSURE and defrauded by forged instruments, without informing plaintiff with regards to the foreclosure action in violation of CCP 2924 which require notice to all owners of interest.

In an effort to steal plaintiff's property at a bogus STEALTH FORECLOSURE SALE, and to take over plaintiff's estate, the defendants have recorded false liens and fraudulent forged deeds against the property causing unlawful clouds to the title to the property.

Plaintiff now sues for fraud, cancellation of all written fraudulent instruments, and a declaration that title invest soley with him, and that defendants committed fraud, and have no estate or legal right in the subject property and to be forever enjoin from asserting any legal right to the subject property.

### CONTENT OF THE FALSE REPRESENTATION

The content of the false representation is that defendant had a real deed but which in fact was a forged instrument. The fraudulent deed was used to perpetrate a fraudulent eviction which was used to divest plaintiff of her equity and physical access to the property, thereby violating plaintiff's civil rights. A wrongful notice to vacate was wrongfully issued against plaintiff's.

## TABLE OF CONTENTS:

I.  **Introduction**: Nature of the Scheme & Content of The False Representation............1

FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY)
AND SUBSEQUENT FRAUDULENT EVICTION

II.  The *Date* and *Time* of the Occurrences...................................................................2

11/1/2019, 2/15/2023; May 1, 2023, May 5, 2024 ;July 12, 2024; 8am-10am

III.  **Identity Of The Misrepresentations** Made ...................................................3

FALSE CLAIM OF FORECLOSURE SALE                               ..........3

FALSE DEBT NOT OWED TO DEFENDANT                              ..........3

FALSE LOAN RELATED TO DEED                                    ..........3

FORGED TRUSTEE DEED BY DEFENDANTS                             ..........3

FORGED AMOUNT IN THE DEED                                     ..........3

FALSE INTEREST ON FALSE LOAN                                  ..........3

ABUSIVE EVICTION PAPERS SERVED                                ......3

IV.  The **Who, What, When, Where, And How** The Misrepresentations Were Made.....4

Garcia Tirado Family Trust; Richard Garcia; Cynthia Tirado; Reliable Trust Deed Services, Inc.; Everardo Miramontes

V.  **To Whom The Misrepresentations Were Made** and The Means The
Representation was Tendered..............................................................................5

CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ

VI.  **Name of the Person(s)** Making the Misrepresentation.............................................6

Garcia Tirado Family Trust; Richard Garcia; Cynthia Tirado; Reliable Trust Deed Services, Inc.;
Everardo Miramontes

VII.  **To Who The Representation Was Made & Their Authority to Speak**...................7

PLAINTIFF AND TO THE GENERAL PUBLIC BY PUBLICATION OF THE FALSE DEED.

VIII.  *To Whom They Spoke*.................................................................................8

PLAINTIFF AND TO THE GENERAL PUBLIC BY PUBLICATION OF THE FALSE DEED.

IX.  **What They Said or Wrote** When Each Misrepresentation was Made or Written ....9

They claimed that they had foreclosed the property, that plaintiff was in default of a debt, and

CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ

## STATEMENT OF FACTS

## II. DATES AND TIMES OF THE OCCURRENCES

11/1/2019, 2/15/2023; May 1, 2023, May 5, 2024 ;July 12, 2024; 8am-10am

CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ Vs. Chase Family Trust

# STATEMENT OF FACTS

## III.  IDENTITY OF THE MISREPRESENTATIONS MADE

3.1    The Identity of the Misrepresentation includes but is not limited to all of the following Misrepresentations:

*FALSE CLAIM OF FORECLOSURE SALE*

**FALSE DEBT NOT OWED TO DEFENDANT**

**FALSE LOAN RELATED TO DEED**

**FORGED TRUSTEE DEED BY DEFENDANTS**

**FORGED AMOUNT IN THE DEED**

**FALSE INTEREST ON FALSE LOAN**

**ABUSIVE EVICTION PAPERS SERVED**

## STATEMENT OF FACTS

## IV.  THE WHO, WHAT, WHEN, WHERE, & HOW THE REPRESENTATIONS WERE MADE

4.1 The details of the Who, What, Where, When, and How the representations were made are as follows:

### 4.2  WHO:  (WHO'S INVOLVED)

Garcia Tirado Family Trust

| | |
|---|---|
| Richard Garcia | Trustee used to steal real property. |
| Cynthia Tirado | Trustee used to steal real property. |
| Reliable Trust Deed Services, Inc. | Attorney used to steal real property. |
| Everardo Miramontes | Broker used to Steal Real Property. |

### 4.3  WHAT: (What Misrepresentations they Committed)

FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY)

AND SUBSEQUENT FRAUDULENT EVICTION

FALSE CLAIM OF FORECLOSURE SALE

FALSE DEBT NOT OWED TO DEFENDANT

FALSE LOAN RELATED TO DEED

FORGED TRUSTEE DEED BY DEFENDANTS

FORGED AMOUNT IN THE DEED

FALSE INTEREST ON FALSE LOAN

ABUSIVE EVICTION PAPERS SERVED

### 4.4  WHEN:  (When Exactly The Events Occurred)

11/1/2019, 2/15/2023; May 1, 2023, May 5, 2024 ;July 12, 2024; 8am-10am

THESE INSTRUMENTS WERE FILED IN PUBLIC RECORD FOR THE WHOLE WORLD TO SEE AND THE DATES

ALSO INCLUDED THE DATES OF EVENTS WHICH OCCURRED AT DEFENDANTS PLACE OF BUSINESS.

### 4.5  WHERE:

Garcia Tirado Family Trust; Richard Garcia; Cynthia Tirado; Reliable Trust Deed Services, Inc.; Everardo Miramontes

### 4.6  HOW: "False Manufacturer & Recordation of False Instruments

4.7   Through deceptive, and fraudulent acts defendants recorded one or more fraudulent instruments a series of misrepresentation which embellishes the fraud.

## FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION

Case 2:24-bk-13606-NB    Doc 36    Filed 10/25/24    Entered 10/25/24 15:37:27    Desc
CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ vs Garcia Tirado Family Trust    Page 31 of 91

Page 6 of 13

## STATEMENT OF FACTS

## V.  TO WHOM THE MISREPRESENTATIONS WERE MADE AND THE MEANS THE REPRESENTATION WAS TENDERED

### 5.1  TO WHOM THE MISREPRESENTATION WERE MADE:

The misrepresentations were made to all of the following non-exclusive individuals and entities:

Garcia Tirado Family Trust; Richard Garcia; Cynthia Tirado; Reliable Trust Deed Services, Inc.; Everardo Miramontes

CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ

The misrepresentations were also made to the public due to the wrongful recording of the fraudulent instruments recorded in public record which is also accessible to the public for disclosures.

### 5.2 THE MEANS THE REPRESENTATION WAS TENDERED:

It was tendered by the presentation of the false deed, and the illegal eviction against the plaintiff.

*Cause of Action - Fraud*

Case 2:24-bk-13606-NB   Doc 36   Filed 10/25/24   Entered 10/25/24 15:37:27   Desc
CARLA CLENNEY MARTINEZ & CHRISTOPHER
MARTINEZ  VS  Garcia Tirado Family Trust   Main Document   Page 32 of 91

Page 7 of 13

## STATEMENT OF FACTS

## VI.  NAME OF THE PERSONS MAKING THE FALSE REPRESENTATION:

It is alleged that one or more or all of the defendants made the false representations and the names and identity of the persons or entities making the false representations are as follows:

Garcia Tirado Family Trust

Richard Garcia

Cynthia Tirado

Reliable Trust Deed Services, Inc.

Everardo Miramontes

*Cause of Action - Fraud*

# STATEMENT OF FACTS

---

## VII.  TO WHO THE REPRESENTATION WAS MADE AND THEIR AUTHORITY TO SPEAK

---

CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ

Garcia Tirado Family Trust; Richard Garcia; Cynthia Tirado; Reliable Trust Deed Services, Inc.; Everardo Miramontes

## THEIR AUTHORITY TO SPEAK

The authority to speak was vested in the belief that they were owners of the subject property.

Case 2:24-bk-13606-NB   Doc 36   Filed 10/25/24   Entered 10/25/24 15:37:27   Desc
CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ  VS  Garcia Tirado Family Trust   Main Document   Page 34 of 91

Page 9 of 13

## STATEMENT OF FACTS

## VIII.  TO WHOM THEY SPOKE

8.1    The false representation was spoken to several persons and entities which includes but is not limited to the following individuals and/or entities:


CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ


 Garcia Tirado Family Trust; Richard Garcia; Cynthia Tirado; Reliable Trust Deed Services, Inc.; Everardo Miramontes


OTHER PERSONS AND ORGANIZATIONS


The Los Angeles County Recorder's office where the fraudulent deeds were recorded.

CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ  VS  Galena Trade Family Trust

## STATEMENT OF FACTS

| | |
|---|---|
| 1 | |
| 2 | ## IX.  WHAT THEY SAID OR WROTE WHEN EACH REPRESENTATION WAS MADE: |
| 3 | The defendants made several misrepresentations with regards to the |
| 4 | fraud and many of these representations were made in writing as follows: |
| 5 | **FALSE CLAIM OF FORECLOSURE SALE** |
| 6 | |
| 7 | |
| 8 | **FALSE DEBT NOT OWED TO DEFENDANT** |
| 9 | |
| 10 | |
| 11 | **FALSE LOAN RELATED TO DEED** |
| 12 | |
| 13 | |
| 14 | **FORGED TRUSTEE DEED BY DEFENDANTS** |
| 15 | |
| 16 | |
| 17 | **FORGED AMOUNT IN THE DEED** |
| 18 | |
| 19 | |
| 20 | |
| 21 | **FALSE INTEREST ON FALSE LOAN** |
| 22 | |
| 23 | |
| 24 | |
| 25 | **ABUSIVE EVICTION PAPERS SERVED** |
| 26 | |
| 27 | |
| 28 | |

CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ VS. Garcia Tirado Family Trust

**X.** Defendants had Knowledge of the Falsity and had full **Intent** to Defraud
(***"Scienter"***) and to induce reliance

It is specifically alleged herein that each of the defendants had full

knowledge of the falsities complained of herein and further had full intent

to defraud plaintiff as stated herein and with full intent to induce reliance

upon the scheme.   It is alleged that the following individuals had

knowledge of the scheme:

Garcia Tirado Family Trust; Richard Garcia; Cynthia Tirado; Reliable

Trust Deed Services, Inc.; Everardo Miramontes

## TO INDUCE RELIANCE

In a further effort to induce reliance upon the scheme the defendants

and each of them resorted to filing false instruments in public record, and

also recording such instruments in an effort to induce reliance on the

scheme, that the scheme was real when in fact it was not.

*Cause of Action - Fraud*

## STATEMENT OF FACTS

### XI.  _Resulting Damage_:  Severe Damages Resulted From The Fraud by:

**Garcia Tirado Family Trust; Richard Garcia; Cynthia Tirado; Reliable Trust Deed Services, Inc.;
Everardo Miramontes**

#### STATEMENT OF DAMAGES:

11.1  As a direct and proximate result of the fraud complained of herein, plaintiff(s) has experienced substantial financial losses, and other damages which are recoverable for defendant's deceit, misconduct and fraudulent acts.

11.2   The Description of the Losses and/or damages include, but not limited to all of the following:

| DESCRIPTION OF LOSS / DAMAGE | AMOUNT: |
|---|---|
| FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION | $360,000.00 |
| NEGLIGENT MISREPRESENTATION | $360,000.00 |
| UNJUST ENRICHMENT | $360,000.00 |
| Loss of Title to Property (Fair Market Value) | $1,500,000.00 |
| **TOTAL:** | **$2,580,000.00** |

_Cause of Action - Fraud_

## XII. Causation:  Defendant's Conduct Was A Substantial Factor Which Caused The Harm

11.1  As a direct and proximate result of the fraud complained of herein, plaintiff(s) has experienced substantial financial losses, and other damages which are recoverable for defendant's deceit, misconduct and fraudulent acts.

**FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION**

The direct causes of the harm was by all of the following defendants:

**Garcia Tirado Family Trust; Richard Garcia; Cynthia Tirado; Reliable Trust Deed Services, Inc.; Everardo Miramontes**

and the conduct complained of was a substantial factor of the harm caused by defendants.

Respectfully Submitted,

*Carla L. Martinez*

*Carla L. Martinez*

Carla L. Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454

Dated: **October 23, 2024**

*Christopher Martinez*

*Christopher Martinez*

Christopher Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454

# EXHIBIT " Q "

## COMPLAINT FOR QUIET TITLE

## 3964 Redwood Avenue  Los Angeles, Ca. 90066

## ASSERTED AGAINST:

**Garcia Tirado Family Trust; Richard Garcia; Cynthia Tirado; Reliable Trust Deed Services, Inc.; Everardo Miramontes**

i

*Cause of Action - QUIET TITLE*

Carla L. Martinez          Christopher Martinez
3964 Redwood Avenue    3964 Redwood Avenue
Los Angeles, Ca. 90066   Los Angeles, Ca. 90066    **EXHIBIT "Q"**
Phone: 213-586-3454      Phone: 213-586-3454

CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ          §          **VERIFIED COMPLAINT TO QUIET**
*Plaintiff(s)*                                          §          **TITLE TO REAL PROPERTY**
                                                        §          California Code Civ. Proc. §760.040, §760.050,§761.010, §405.2
                    VS.                                 §
                                                        §                    Subject Property Address:
                                                        §          ┌────────────────────────────────────────┐
**Garcia Tirado Family Trust; Richard Garcia;**         §          │ 3964 Redwood Avenue  Los Angeles, Ca. 90066 │
**Cynthia Tirado; Reliable Trust Deed Services,**       §          └────────────────────────────────────────┘
**Inc.; Everardo Miramontes**                           §
                                                        §                  Complaint for *FRAUD* - Exhibit "F"
                                                        §          California Civil Code sections §1572, §1709, and §1710
*and All Persons Claiming Any Legal or*                 §                         Adverse Possession
*Equitable Right, Title, Estate, Lien, or Interest in*  §          California Civil Code sections §1572, §1709, and §1710
*the Property Described in the Complaint*               §                 Complaint for Illegal Bifurcated Note
*Adverse to Plaintiff's Title, or Any Cloud On*         §
*Plaintiff's Title Thereto and,*                        §          Complaint for Cancellation of Written Instruments
**Does 1 through X** *inclusive,*                        §                      Civ. Code, § 3412 et seq
                                                        §                       Declaratory Judgment
                                                        §                  CCP. 1060 through CCP. 1062.5
**Defendants**                                          §                 **JURY TRIAL DEMANDED**

## INTRODUCTION

This is a civil action to **quiet title to real property** by CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ

pursuant to: *California Code Civ. Proc. §760.040, §760.050,§761.010, §405.2*

to *cancel false liens*, false interests, and to recover monetary damages from *fraud*

committed by defendants. Defendant(s) have used false liens, misrepresentations, and

deceptive means to place unlawful liens and clouds over plaintiff's good title to the real

property complained of herein.  Plaintiff seeks a declaration that title is vested solely in

plaintiff alone and that defendants be declared to have no estate, right, title or interest in

the subject property; and that defendants be forever enjoined from asserting any estate,

right, title or interest in the subject property adverse to plaintiff rights herein.

## JURISDICTION & VENUE

Jurisdiction   is   premised   upon   the   California   Code   Civ.   Proc.
§760.040,§760.050,§761.010,§405.2.(Quiet Title), California Civil Code sections §1572,
§1709, and §1710 (Fraud), California Civil Code §2923.5 (Illegal Foreclosure)  Civ. Proc.
§§318, 325, 328 (Adverse Possession.)
**Venue** is proper in this court because the subject property is located within the

jurisdiction of this court and the alleged acts took place within the court's jurisdiction.

# TABLE OF CONTENTS

VERIFIED COMPLAINT FOR QUIET TITLE............................................................1

THE PARTIES .........................................................................................................2

BACKGROUND OF THE CASE.................................................................................3

CAUSES OF ACTION & THE PROPERTY IN DISPUTE...........................................2

3964 Redwood Avenue  Los Angeles, Ca. 90066

THE LEGAL DESCRIPTION....................................................................................3

PLAINTIFF'S TITLE TO THE PROPERTY ..............................................................4

**FIRST CAUSE** OF ACTION - ***QUIET TITLE***.........................................................5

**SECOND CAUSE** OF ACTION - ***FRAUD*** (EXHIBIT "F").......................................7

**THIRD CAUSE** OF ACTION - ***Adverse Possession***                      ................8

**FOURTH CAUSE** OF ACTION - ***ILLEGAL BIFURCATED NOTE***...........................9

**FIFTH CAUSE** OF ACTION: ***CANCELLATION OF WRITTEN INSTRUMENTS***......10

**SIXTH CAUSE** OF ACTION **DECLARATORY JUDGMENT**..................................12

PRAYER FOR RELIEF...........................................................................................13

### THE PARTIES:

1  **Plaintiff(s),** CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ is an adult resident citizen.

2  Plaintiff is the _true owner of the subject property_ and sues to quiet title and cancel all false interests, and unenforceable liens and false interest in the subject property.

3  **Defendant,**      **Garcia Tirado Family Trust**        is and at all times herein

4  a      Trust      domiciled at    Garcia Tirado Family Trust
6728 Los Verdes Dr.
Apartment 8
Rancho Palos Verdes, Ca. 90275

5  in the City of    California    County of    Los Angeles    .

6  **Defendant,**      **Richard Garcia**        is and at all times herein

7  a  Individual and Natural Person  domiciled at    Garcia Tirado Family Trust
6728 Los Verdes Dr.
Apartment 8
Rancho Palos Verdes, Ca. 90275

8  in the City of    . California    County of    Los Angeles

9  **Defendant,**      **Cynthia Tirado**        is and at all times herein

10  a      domiciled at:    Cynthia Tirado
6728 Los Verdes Dr.
Apartment 8
Rancho Palos Verdes, Ca. 90275.

11  in the City of   **California**    County of    **California** .

12  Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES I

13  through X, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff

14  will amend this complaint to allege their true names and capacities when ascertained.

15  ### THE OWNERSHIP OF THE PROPERTY

16  **Plaintiff(s),** CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ is/are the true owner(s) of the property,

17  and has suffered damages as a result of the false claims, liens, and loss of clear and marketable title due

18  to defendant's fraud, fully setforth in Exhbit "F" The Complaint for Fraud.

19  ### DEFENDANT'S INTEREST IS IN THE PROPERTY BASED ON FRAUD

20  **Defendant,**    **Garcia Tirado Family Trust**      claims an interest in the subject property

21  but the said interest is based on FRAUD, identified in Exhibit "F" attached herein and made a part hereof.

22  **Defendant,**      **Richard Garcia**      claims an interest in the subject property

23  but the said interest is based on FRAUD, identified in Exhibit "F" attached herein and made a part hereof.

24  **Defendant,**    **Cynthia Tirado**      claims an interest in the subject property

25  but the said interest is based on FRAUD, identified in Exhibit "F" attached herein and made a part hereof.

26  **Defendant,** DOES 1 thru X claims an interest in the subject property but the said interest is based

27  soley on fraud, identified in Exhibit "F" attached herein and made a part hereof, and full setforth in Exhibit "F" and identified as:

28  __FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY)__
__AND SUBSEQUENT FRAUDULENT EVICTION__

## BACKGROUND OF THE CASE

Exhibit "F" - Complaint for Fraud, Exhibit "O" - Complaint for Offset/Setoff and Exhibit "R" Complaint for Racketeering are incorporated herein by reference as if fully setforth herein.

On or about **7/3/2024** the plaintiff(s) discovered documents and instruments in public record which are fraudulent in nature and purport to convey title, rights, or a superior lien, including that of a mortgage or deed of trust or other security which defendants claim an interest in.

The Fraudulent Acts are setforth in attached Exhibit "F" and are

## FRAUD - EXHIBIT "F"

### FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION

Marketable title to the property has been illegally clouded by a civil conspiracy, *fraud*, and *illegal liens* and *intentional misrepresentations* as setforth in *Exhibit "F" - The Fraud Complaint* which is incorporated herein by reference.

### MULTIPLE MISREPRESENTATIONS WERE MADE

In order to steal and take illegal possession of the property defendants made outright lies and multiple intentional misrepresentations were made in the form of false and misleading instruments, false representation regarding ownership and lien status as follows:   *THE MULTIPLE FRAUDS & MISREPRESENTATIONS*

**FALSE CLAIM OF FORECLOSURE SALE**

**FALSE DEBT NOT OWED TO DEFENDANT**

**FALSE LOAN RELATED TO DEED**

**FORGED TRUSTEE DEED BY DEFENDANTS**

**FORGED AMOUNT IN THE DEED**

**COLLECTION OF AN UNLAWFUL DEBT**

**ABUSIVE EVICTION PAPERS SERVED**

## LEGAL DESCRIPTION:

1. The legal description and address of the subject property is as follow, *to wit*:

### LEGAL DESCRIPTION - THE PROPERTY:

Lot 221 of Tract 5951, as per map recorded in Book 77, Page 72 of Maps, in the office of the County Recorder of Los Angeles County, California.

**Property Address:** 3964 Redwood Avenue  Los Angeles, Ca. 90066

### Title As To Which a Determination is sought:

2. Plaintiff seeks a determination of plaintiff's marketable title to the property, clear of any liens, encumbrances, clouds, or false claims by any and all third parties.

### Adverse Claims To Plaintiff's Title:

3. The adverse Claims to Plaintiff's Title are the claims of all named defendants:

The Adverse Claim of:  **Garcia Tirado Family Trust**

The Adverse Claim of: **Richard Garcia**

The Adverse Claim of: **Cynthia Tirado**

The **Adverse Claim** of Does 1 through X.

4. **Date Determination is Sought:** _____Date of Suit_____

5. Plaintiff is informed and believes and thereupon allege that, and each of them, claim or have an interest in the property adverse to plaintiff herein; however, the claim of said Defendants is without any right whatsoever, and said Defendants do not actually have any legal or equitable right, claim, or interest in said property; or the said interest is based upon a fraud which has been recorded in the office of the county recorder's office.

STATEMENT OF FACTS

## PLAINTIFF'S TITLE TO THE PROPERTY          Page 5 of 15

**PLAINTIFF IS THE TRUE AND SOLE OWNER OF THE SUBJECT PROPERTY WHEREAS PLAINTIFF'S TITLE WAS COMPLETELY MARKETABLE PRIOR TO THE UNLAWFUL CLOUDS.**

Plaintiff(s) have owned the subject property in fee simple since __December 21, 2007__

A proper and legal conveyance was made to plaintiff by virtue of the following real property instruments:

### *GRANT DEED FROM PLAINTIFF'S FATHER TO PLAINTIFF*

At the time of such conveyance plaintiff(s) was the sole owner of the subject property and there were no valid liens, foreclosures, or conveyances to any of the defendants.

### DEFENDANT'S TITLE, CLAIM OR LIEN ON THE PROPERTY IS BASED ON *FRAUD*

14.     Defendant's title, or lien to the property is based **_solely on fraud_**, fraudulent written instruments, and the *fraudulent acts* complained of herein as follows:

(a)FALSE CLAIM OF FORECLOSURE SALE

(b)FALSE DEBT NOT OWED TO DEFENDANT

(c)FALSE LOAN RELATED TO DEED

(d)FORGED TRUSTEE DEED BY DEFENDANTS

(e)FORGED AMOUNT IN THE DEED

(f)COLLECTION OF AN UNLAWFUL DEBT

(g)FRAUD AND WIRE FRAUD PERPETRATED WITH THE TRUSTEE DEED UPON SALE

## STATEMENT OF FACTS

6. Exhibit "F" - "The Fraud Complaint" is incorporated herein by reference as if fully as setforth herein.

*FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION*

7. THE **_CIVIL CONSPIRACY_**:   It is alleged herein that the named defendant along with the DOE's, and other unknown persons conspired amongst themselves to steal real property, to deprive plaintiff of ownership rights, and to defraud the public property records contained within local county recorders office filing system.

8. The conspiracy consisted of the "meeting of the minds" between the defendants in order to plan a illegal and criminal strategy in order to steal the property, which consisted of falsely manufacturing and/or making the following misrepresentations:

FALSE CLAIM OF FORECLOSURE SALE

FALSE DEBT NOT OWED TO DEFENDANT

FALSE LOAN RELATED TO DEED

FORGED TRUSTEE DEED BY DEFENDANTS

FORGED AMOUNT IN THE DEED

COLLECTION OF AN UNLAWFUL DEBT

FRAUD AND WIRE FRAUD PERPETRATED WITH THE TRUSTEE DEED UPON SALE

9. **_FRAUD_**:   The particularity of the fraud are more further pleaded and setforth in the **attached Exhibit "F" the fraud complaint** which is fully incorporated herein.

10. In a criminal effort to deprive plaintiff of ownership rights, and to defraud the public property records by committing forgery, by manufacturing and recording forged instruments, having forged signatures, making false liens, and making false representations which has robbed plaintiff's equity, and valuable equitable rights in the subject property located at:  **3964 Redwood Avenue  Los Angeles, Ca. 90066**

## FIRST CAUSE OF ACTION:    ACTION TO QUIET TITLE    Page 7 of 15

### California Code Civ. Proc. §760.040, §760.050, §761.010, §405.2

11.  The previous paragraphs and fraud claim are incorporated herein by reference.

12.  The defendants have committed *fraud* against the subject property as setforth in *Exhibit "F" herein*, and has caused unlawful clouds, wrongful liens, to be placed over the title to the property.

### CLOUDS WERE PLACED OVER THE TITLE TO THE PROPERTY RECORDING FALSE INSTRUMENTS & MAKING FALSE CLAIMS

13.  It is alleged that real property conveyances made by the defendants is based upon a fraud, including but not limited to all of the following instruments and/or acts:

### FRAUDULENT INSTRUMENTS & FRAUDULENT ACTS

| Exhibit No. | Description of Instrument or ACT | Date | by Who |
|---|---|---|---|
| 1 | FALSE CLAIM OF FORECLOSURE SALE | 9/14/11 | Garcia Tirado Family Trust |
| 2 | FALSE DEBT NOT OWED TO DEFENDANT | 9/14/11 | Richard Garcia |
| 3 | FALSE LOAN RELATED TO DEED | 9/14/11 | Cynthia Tirado |
| 4 | FORGED TRUSTEE DEED BY DEFENDANTS | 9/14/11 | Reliable Trust Deed Services, Inc. |
| 5 | FORGED AMOUNT IN THE DEED | 9/14/11 | Everardo Miramontes |
| 6 | COLLECTION OF AN UNLAWFUL DEBT | 9/14/11 | Cynthia Tirado |
| 7 | FRAUD AND WIRE FRAUD PERPETRATED WITH THE TRUSTEE DEED UPON SALE | 5/20/24 | Cynthia Tirado |

14.  The instruments and acts described hereinabove has absolutely no legal effect, and has only served to placed unlawful clouds over the title to the subject property.

15.  Plaintiff therefore seek a declaration that the title to the subject property is vested in plaintiff alone and that the defendants herein, and each of them, be declared to have no estate, right, title or interest in the subject property and that said defendant, and each of them, be forever enjoined from asserting any estate, right, title or interest in the subject property adverse to plaintiff herein.

16.  Plaintiff's title to the property has been *slandered by the use of the fraudulent instruments*, misrepresentations, and a determination is sought on the status of these instruments which was used in the process of clouding the title to the property.

## SECOND CAUSE OF ACTION
### Fraud / Misrepresentation:

*California Civil Code sections §1572, §1709, and §1710*

12.    The previous paragraphs and the attached *Exhibit F* - fraud complaint, are incorporated herein by reference as if fully setforth herein.

13.    In order to accomplish the clouding of the title in this case, the defendants and each of them embarked upon a deceitful campaign of misrepresentations, manufacturing false instruments, and recording such false instruments in the public property record thereby causing the property records to be slandered with false and misleading information, more specifically setforth on the following page.

14.    **Misrepresentation:** It is specifically alleged that the instruments and activity complained of herein, including those instruments listed on the previous page herein

15.  **Knowledge Of Falsity or 'scienter':** It is specifically alleged that the defendants and each of them had full knowledge of the false representations, including the false representation made from the false instruments and circumstances complained of herein, and specifically setforth in Exhibit "F".

16.    **Intent to defraud / induce reliance:** It is specifically alleged herein that the defendants, and each of them individually had full intent to defraud plaintiff by those false instrument alleged because these false instruments were to be used as part of a hoax as explained in Exhibit F "The Fraud Complaint "to induce belief that defendant was the new owner or had a lien on the subject property but which in fact does not.

17.  **Justifiable Reliance:** It is alleged that plaintiff justifiably relied on these misrepresentations because these falsities were actually recorded at the county recorder office and notices were also sent that induced such reliance.

18.  **Resulting Damage:** The resulting damage was the lost and use of the property or including but not limited to all future monies and income derived from the property, including the Accounting Fraud which has taken financial advantage of plaintiff(s).

# THIRD CAUSE OF ACTION

### Adverse Possession

### California Civil Code sections §1572, §1709, and §1710

19.    The previous paragraphs and the attached *Exhibit F* - fraud complaint,   are incorporated herein by reference as if fully setforth herein.

19.1    It is specifically alleged that the defendants and each of them violated law and subject to the provisions of:

### California Civil Code sections §1572, §1709, and §1710

## PLAINTIFFS ARE IN ADVERSE POSSESSION OF THE SUBJECT PROPERTY
## 3966 Redwood Ave, Los Angeles, CA 90066

19.2 Plaintiff, Carla Lanette Martinez, brings this action for adverse possession against Defendants, and alleges as follows:

19.3 Plaintiff, Carla Lanette Martinez, has been in open, continuous, and exclusive possession of the property located at 3966 Redwood Ave, Los Angeles, CA 90066 ("the Property") for a period exceeding five years, during which time she has paid all property taxes and made substantial improvements to the property.

19.4 Defendant,, is the legal owner of the Property on record, but has failed to take any actions regarding the property or object to Plaintiff's possession of the property for the required statutory period.

19.5 Plaintiff brings this action under California Civil Code sections §1572, §1709, and §1710, alleging that her continuous possession, and improvements to the property satisfy the elements of adverse possession and seeks to quiet title to the Property.

19.6 Plaintiff prays for judgment as follows:

19.7 Quiet Title: For an order quieting title to the Property in favor of Plaintiff, confirming Plaintiff's ownership by adverse possession.

19.8 Declaratory Judgment: Declaring that Plaintiff has acquired title to the Property located at 3966 Redwood Ave, Los Angeles, CA 90066 through adverse possession.

19.9 Damages for Fraud  Awarding Plaintiff damages for fraudulent conduct, as permitted under California Civil Code §§ 1572, 1709, and 1710.

## FOURTH CAUSE OF ACTION: ILLEGAL BIFURCATED NOTE

**THE PURPORTED NOTE AND DEED OF TRUST OR MORTGAGE HAS BEEN SEPARATED, IS BREAK IN THE CHAIN OF TITLE AND IS NOT ENFORCEABLE UNDER LAW**

20.     The previous paragraphs and the attached *Exhibit F* - fraud complaint, are incorporated herein by reference as if fully setforth herein.

### *BIFURCATION* - *A BREAK IN THE CHAIN OF TITLE*

### Carpenter Vs. Longan

21.  It is specifically alleged herein that defendants have no real interest in any debt connected to the property because the note and deed of trust or mortgage have become separated and/or lost whereas the promissory note was not properly assigned to defendants and/or not properly recorded in public record evidencing the debt, and thus the debt is unenforceable under state law and federal law.

22. Plaintiff(s) alleges all of the following:

(a) Defendants are not holders of the original "blue ink" promissory note instrument or mortgage evidencing the debt, and further lacks control of the original physical instrument;

(b) The chain of title has been bifurcated and the alleged security has been broken and unenforceable as setforth in Exhibit F the FRAUD complaint, and,

(c)     The alleged security or deed held by defendants is a worthless instrument as it was fraudulent assigned and/or fraudulently recorded with the subject property, and,

(d)   Defendants are NOT assignees, or the holder in due course entitled to collect any debt from plaintiff or claim any interest affiliated with the subject property, and,

22.  Defendants are not the holders of a valid collectable debt or a valid assignment of the deed of trust of mortgage and has no real interest in the subject property.

23.  Any alleged assignment, grant deed or lien held by defendants is a complete fraud upon public record and the plaintiff as setforth in Exhibit "F" - The Fraud Complaint.

## FIFTH CAUSE OF ACTION

## COMPLAINT FOR CANCELLATION OF WRITTEN INSTRUMENTS

### Civ. Code, § 3412 et seq

20.    The previous paragraphs and the attached *Exhibit "F" fraud* complaint exhibit are incorporated herein by reference as if fully setforth herein.

21. There is in existence certain written instruments which purports to be:

| | |
|---|---|
| FALSE CLAIM OF FORECLOSURE SALE | FALSE LOAN RELATED TO DEED |
| FALSE DEBT NOT OWED TO DEFENDANT | FORGED TRUSTEE DEED BY DEFENDANTS |

22. There is a reasonable apprehension of serious financial injury of plaintiff's estate if the instruments are not canceled.

23. The defendants are in the possession & under the control of the instrument(s) and said instruments were recorded in the records of the office of the County Recorder office masquerading as a bonafide record but which are <u>completely fraudulent in nature</u>.

24.   The instrument(s) is/are **VOID** or ***VOIDABLE*** for all of the following reasons:

| | |
|---|---|
| FALSE CLAIM OF FORECLOSURE SALE ➡ | FALSE CLAIM OF FORECLOSURE SALE |
| FALSE DEBT NOT OWED TO DEFENDANT ➡ | FALSE DEBT NOT OWED TO DEFENDANT |
| FALSE LOAN RELATED TO DEED ➡ | FALSE LOAN RELATED TO DEED |
| FORGED TRUSTEE DEED BY DEFENDANTS ➡ | FORGED TRUSTEE DEED BY DEFENDANTS |
| FORGED AMOUNT IN THE DEED ➡ | FORGED AMOUNT IN THE DEED |
| COLLECTION OF AN UNLAWFUL DEBT ➡ | FALSE INTEREST ON FALSE LOAN |

25.   Plaintiff is the person against whom the instrument is void or voidable because this instrument was falsely manufactured for purposes of criminal mischief and theft.

26.  Plaintiff did not know until long after the instruments were recorded that said instruments existed in public record but now moves to cancel said instruments.

27.  However, after doing extensive research, and from talking with other real estate professionals, plaintiff learned that defendants recorded the false instruments against the subject property which *resulted in a false and fraudulent transfer of real property*.

28.  Defendants and each of them knew at the time of making the transfer that the instruments were not genuine and the said the fake transfer a was done with intent to defraud the subject real property located at   3964 Redwood Avenue  Los Angeles, Ca. 90066

## SIXTH CAUSE OF ACTION
## COMPLAINT FOR DECLARATORY JUDGMENT

### California Code Civ. Proc. §760.040, §760.050,§761.010, §405.2

37.    The previous paragraphs and the attached fraud exhibits are incorporated herein by reference as if fully setforth herein.

38.    Plaintiff is entitled to a declaratory judgment under law.

39.    An actual controversy has arisen and now exists between plaintiff and defendant concerning their respective rights and duties in that plaintiff contends    that the instruments complained of herein if fraudulent in nature, whereas defendant disputes these contentions and contends that instruments are just, non fraudulent, and poses no harm to the plaintiff or his property.

40.    Plaintiff desires a judicial determination of rights and duties, and a declaration as to actual <u>title</u> and ownership of the subject property, and,

41.    A declaration of the status of the instrument and whether or not the following instruments alleged herein are fraud, and unenforceable under law, in particular:

whether the        FALSE CLAIM OF FORECLOSURE SALE        is a <u>*fraud*</u>, and

whether the        FALSE DEBT NOT OWED TO DEFENDANT        is a <u>*fraud*</u>, and

whether the        FALSE LOAN RELATED TO DEED        is a <u>*fraud*</u>, and

whether the        FORGED TRUSTEE DEED BY DEFENDANTS        is a <u>*fraud*</u>, and

whether the        FORGED AMOUNT IN THE DEED        is a <u>*fraud*</u>, and

whether the        COLLECTION OF AN UNLAWFUL DEBT        is a <u>*fraud*</u>, and

whether the FRAUD AND WIRE FRAUD PERPETRATED WITH THE TRUSTEE DEED UPON SALE is a <u>*fraud*</u>, and

42.    A declaration and judicial determination of whether the above instruments should be canceled and ordered removed from the property records within the county, and,

43.    A judicial declaration is necessary and appropriate at this time under the circumstances in order that plaintiff may ascertain rights and duties related to the alleged fraudulent instruments, title, and financial burden now being suffered by unsettled state of affairs.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ demands judgment

against all named defendants individually as follows:

44. Judgment on *Claim 1*: **Quiet Title, against all defendants,** as follows:

A declaration that the title to the subject property is vested in plaintiff alone and that the

defendants named herein, and each of them, be declared to have no estate, right, title

or interest in the subject property and that said defendant, and each of them, be forever

enjoined from asserting any estate, right, title or interest in the subject property adverse

to plaintiff herein.

45. Judgment on Claim 2: **FRAUD, against all defendants**, as follows:

Actual Damages, damages of Fraud, deceit, exemplary damages Negligent

Misrepresentation, in the amount of $ __$2,580,000.00__ or to be determined by the court.

46. Judgment on Claim 3 as follows:                        **Adverse Possession**




47. Judgment of Claim 4: **Illegal Bifurcated Note, against all defendants** as follows:
Judgment declaring the purported note and mortgage to be unenforceable under law as

there is a break in the chain in title, and further that defendants are not in possession of

a valid note and/or assignment of mortgage or deed of trust.

48. Judgment on Claim 5: *CANCELLATION OF WRITTEN INSTRUMENTS*

(a) That the following fraudulent instruments be CANCELED as VOID and unenforceable:
    FALSE CLAIM OF FORECLOSURE SALE
    FALSE DEBT NOT OWED TO DEFENDANT
    FALSE LOAN RELATED TO DEED
    FORGED TRUSTEE DEED BY DEFENDANTS
    FORGED AMOUNT IN THE DEED
    COLLECTION OF AN UNLAWFUL DEBT
    FRAUD AND WIRE FRAUD PERPETRATED WITH THE TRUSTEE DEED UPON SALE

(b) That defendant deliver the said instruments forthwith to the clerk of the court for

    judicial cancellation.

(c) This court issue judgment and ORDER to the clerk of property records to cancel

    and remove the fraudulent instruments from public property records.

(d)   For damages, in the event that defendant fails to surrender the instrument for cancellation pursuant to the judgment, in the sum of __$6,510,000.00__ , plus interest thereon from and after the date of execution of instrument, at the rate of 10% percent per annum, as compensation and in lieu of cancellation.

49. Judgment of Claim 6 - Declaratory Judgment as follows:

Judgment declaring that title in the subject property vest solely to plaintiff alone, and defendants have no interest in property located at: 3964 Redwood Avenue Los Angeles, Ca. 90066

### MONETARY DAMAGES

| | |
|---|---|
| For exemplary and punitive damages in the sum of ............................... | $500,000.00 |
| Damages for **FRAUD**......................................<br><small>FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($580,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION</small> | $2,580,000.00 |
| For Negligent Misrepresentation........................................ | $2,580,000.00 |
| Civil Conspiracy........................................................ | $100,000.00 |
| For Actual Damages..................................................... | $100,000.00 |
| For Damages Related To Adverse Possession | $500,000.00 |

For costs of suit herein and attorney fees incurred.

For such other and further relief as the court may deem proper.

**WHEREFORE, ALL PREMISES CONSIDERED** CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ pray that this Honorable Court after due proceeding, and all legal delays, do enter judgment against the defendants jointly, severely, and insolido, __condemning them all__, for the said unlawful & fraudulent acts in the full amount of __$6,510,000.00__ including court cost, attorney fees, interest from the date of judicial demand and for all general and equitable relief afforded under law.

Respectfully Submitted,                          Dated: ___October 23, 2024___

JURY TRIAL DEMANDED

Carla L. Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454

Christopher Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454

# *Appendix of Exhibits*

| Exhibit # | Description of Exhibit |
|---|---|
| A | LEGAL DESCRIPTION |
| F | **COMPLAINT FOR "FRAUD" (PAGES 1 THRU 12 - WITH DAMAGES** FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION |
| R | **COMPLAINT FOR RACKETEERING - "EXHIBIT R"** |
| 1 | FALSE CLAIM OF FORECLOSURE SALE |
| 2 | FALSE DEBT NOT OWED TO DEFENDANT |
| 3 | FALSE LOAN RELATED TO DEED |
| 4 | FORGED TRUSTEE DEED BY DEFENDANTS |
| 5 | FORGED AMOUNT IN THE DEED |
| 6 | FALSE INTEREST ON FALSE LOAN |
| 7 | ABUSIVE EVICTION PAPERS SERVED |
| F | Complaint For FRAUD - 12 PAGES - PAGES 1 THRU 12 |

*Action Of  CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ*

# EXHIBIT "R"

# COMPLAINT FOR DAMAGES FROM RACKEETERING AND CONSPIRACY TO ENGAGE IN A PATTERN OF RACKETEERING ACITIVY

# 3964 Redwood Avenue  Los Angeles, Ca. 90066

## COUNT ONE:

Receipt of income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt 18 U.S.C. §1961(5), §1962(a)

## COUNT TWO:

Acquisition and Maintenance of an Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity: 18 U.S.C. §1961(5), §1962(b)

## COUNT THREE:

Conduct and Participation in a RICO Enterprise through a Pattern of Racketeering Activity: 18 U.S.C. §1961(5), §1962(c)

## COUNT FOUR:

Conspiracy to Engage in a Pattern of Racketeering Activity: 18 U.S.C. §1961(5), §1962(d)

## ASSERTED AGAINST:

Garcia Tirado Family Trust; Richard Garcia; Cynthia Tirado; Reliable Trust Deed Services, Inc.; Everardo Miramontes

i

*Cause of Action - RACKETEERING*

Carla L. Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454

Christopher Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454

Page 1 of 12

EXHIBIT "R"

IN REF: Carla L. Martinez

CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ
**Plaintiff(s)**

VS.

Garcia Tirado Family Trust; Richard Garcia;
Cynthia Tirado; Reliable Trust Deed Services,
Inc.; Everardo Miramontes

**Defendant(s)**

§
§
§
§
§
§
§
§
§
§
§

# RACKETEER INFLUENCED CORRUPT ORGANIZATIONS 18 U.S.C 1961, et seq

- Fraud & Swindles (18 USC 1341)
- Mail Fraud (18 USC 1341
- Wire Fraud (18 USC 1343)
- Bank Fraud (18 USC 1344)
- Computer Fraud & Abuse (18 U.S.C. § 1030)
- Racketeering (18 USC (a)(b)(c)(d)

## JURY TRIAL DEMANDED

## VERIFIED COMPLAINT FOR DAMAGES FROM RACKETEERING, CONSPIRACY TO VIOLATE CIVIL RIGHTS AND TO ENGAGE IN A PATTERN OF RACKETEERING ACTIVITY

CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ brings a civil action for RICO remedies authorized by the federal statutes at 18 U.S.C. 1961 et seq.; for declaratory and injunctive relief; for actual, consequential and treble damages.which have occasioned this Initial COMPLAINT. See 18 U.S.C. §§ 1964(a)(b)(c) and (d) ("Civil RICO").

1. The primary cause of this action is a widespread criminal enterprise engaged in a pattern of racketeering activity across State lines, and a conspiracy to engage in racketeering activity involving numerous RICO predicate acts during the past ten (10) calendar years whereas, the predicate acts alleged herein cluster around criminal fraud, mail fraud, bank fraud, wire fraud, computer fraud, embezzlement, conspiracy to violate RICO, obstruction of justice, obstruction of criminal investigations, obstruction of State and local law enforcement, peonage and slavery. See 18 U.S.C. §§2319, 2320.15.

## JURISDICTION

2. The jurisdiction of this Court is invoked pursuant to 28 USC § 1331.The asserted rights and interests of the Plaintiffs exceed $75,000.00, exclusive of interest and costs. The substantive claims in this action arise under the Racketeering Influenced and Corrupt Organizations Act (RICO) 18 U.S.C. § 1961-1968, 42 U.S.C. §1983, §1981,§1985.

## FRAUDS & SWINDLES

**The RICO Claim**    FRAUD, BANK FRAUD, WIRE FRAUD, MAIL FRAUD, RACKETEERING, CONSPIRACY    .....1

I. Acquisition, Maintenance & Interest of The Enterprise....................3

II. The Enterprise...................4

III. The Conduct (The Predicate Acts)...................5

(1) Frauds & Swindles (18 USC 1341)...................5

FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY)
AND SUBSEQUENT FRAUDULENT EVICTION

(2) Bank Fraud (18USC 1344)...................5

(3) Mail Fraud (18 USC 1341)...................5

(4) Wire Fraud )18 USC 1341)...................5

(5) Computer Fraud & Abuse (18 USC 1030)...................5

(6) Money Laundering...................5

(7) Racketeering...................5

IV. The Enterprise Engaged in Activities Which Affect Interstate Commerce..........5

V. Defendants Were Employed by or Associated with the Enterprise......................6

VI. Through a Pattern of Racketeering Activity...................6

VII. Defendants participated, directly or indirectly in the Conduct of the Enterprise ....7

VIII. Causing Injury to Personal & Business Property...................8

IX. List of Defendants & Alleged Conduct...................9

X. The Victims of the Alleged Conduct...................10

XI. _COUNT 1_: Section 1962(a) Violations...................10

XII _COUNT 2_: Section 1962(b) Violations...................10

XIII _COUNT 3_: Section 1962(c) Violations...................10

IVX _COUNT 4_: Section 1962(c) Violations...................10

XV. Extreme & Outrageous Conduct...................10

XVI Damages From Racketeering Activity...................11

XVII Prayer...................12

# ACQUISITION OF THE ENTERPRISE

## I. Acquisition and Maintenance of an Interest in and Control of

## an Enterprise Engaged in a Pattern of Racketeering Activity:

### 18 U.S.C. §§ 1961(5), 1962(b)

3. On or about ___9/14/2011___ defendants acquired an interest in and Control of the enterprise and began engaging in a certain Pattern of Racketeering Activity. This pattern of racketeering activities includes but is not limited to FRAUD described herein and in Exhibit "F" MAIL FRAUD, BANK FRAUD, EMBEZZLEMENT, MONEY LAUNDERING, FINANCIAL INSTITUTION FRAUD, COMPUTER FRAUD, AND SECURITIES FRAUD (which includes a false security claim as a foreclosure of a "Mortgage" by defendants.

4. At various times and places partially enumerated in Plaintiff's documentary material, each of the named Defendants did acquire and/or maintain, directly or indirectly, an interest in or control of a RICO enterprise described herein.

5. There are many unknown individuals who were associated in fact and who did engage in, and whose activities did affect, interstate and foreign commerce, all in violation of 18 U.S.C. § 1961(4), (5), (9), and §1962(b).

6. During the ten (10) calendar years preceding___10/23/24___ two or more, or all Defendants did cooperate jointly and severally in the commission of two (2) or more of the RICO predicate acts that are itemized in the RICO laws at 18 U.S.C. §§1961(1)(A) and (B), and did so in violation of the RICO law at 18 U.S.C. §1962(b).

7. The said acts of racketeering alleged herein are:

(a) Mail fraud, (See Exhibits "F")

(b) Wire Fraud, (See Exhibit "F" - Fraud Complaint)

(c) Computer Fraud (See Exhibit "F" - Fraud Complaint)

(d) Collection of an unlawful debt (Embezzlement) and (e) Racketeering.

Case 2:24-bk-13606-NB    Doc 36    Filed 10/25/24    Entered 10/25/24 15:37:27    Desc
CARLA CLENNEY MARTINEZ & CHRISTOPHER
MARTINEZ    VS    Garcia Tirado Family Trust    Page 60 of 91

Page 4 of 12

## II.  THE RICO ENTERPRISE – DESCRIPTION (1961(4))

8. The enterprise consist of a corrupt group of corporate and unincorporated entities, operating from _____California_____ and nationwide, which includes individuals (including attorneys, contractors, employees of defendants), financial institutions, law firms and partnerships, corporations and LLC's which purport to own securities, namely, a mortgage which made the basis of this lawsuit, including a covert group of individuals who are **associated in fact** although not a legal entity. A partial list of the entities which make up the enterprise are as follows:

| | |
|---|---|
| Garcia Tirado Family Trust | Trust used to steal real property. |
| Richard Garcia | Trustee used to steal real property. |
| Cynthia Tirado | Trustee used to steal real property. |
| Reliable Trust Deed Services, Inc. | Trustee deed company used to steal real property. |
| Everardo Miramontes | Broker used to Steal Real Property. |
| Age of Technology | Company by Miramontes to Steal Real Property. |

9. During the relevant time period, it is alleged that the defendants, and each of them, did operate this illegal enterprise, comprising separate corporations, Limited Liability Companies, law firms, attorneys, and individuals who were associated in fact, and who did engage in, and whose activities did affect, interstate and foreign commerce, in violation of the federal civil RICO statutes.

10.  The Enterprise(s) complained of herein consist of separate entities which are used to commit the fraud and predicate acts complained of herein, including **securities fraud** masquerading as a mortgage related to the subject property.

11.  The primary objective of the racketeering enterprise has been to inflict severe and sustained economic hardship upon Plaintiffs, with the intent of impairing, obstructing, preventing and discouraging Plaintiff from investigating and conducting judicial activism as a qualified Private Attorney General.

**STATEMENT OF FACTS:**

### THE CONDUCT - PREDICATE ACTS

12.    The previous paragraphs and the attached Exhibit F - The Fraud Complaint are incorporated herein by reference as if fully setforth herein.

13.    The conduct includes collection of an unlawful debt, bank fraud, wire fraud, mail fraud, computer fraud, as setforth herein, including the fraud and swindles relative to the fraudulent described in Exhibit F. .

14.    *FRAUD*:    **FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY)
AND SUBSEQUENT FRAUDULENT EVICTION**

The conduct includes all the causes of actions for fraud complained of herein and setforth in detail in *Exhibit F* including the collections of unlawful debts, security fraud in which defendants seek to established a security, lien, and debts based fraud.

15.    The predicate acts are described herein and in Exhibit F - The Fraud claim and plaintiffs have causes of actions for all of the following predicate acts:

### THE PREDICATE ACTS

**The predicate acts alleged herein are as follows:**

1. BANK FRAUD:


2. MAIL FRAUD:


3. WIRE FRAUD:


4. COMPUTER FRAUD:


5. MONEY LAUNDERING:


6. RACKEETERING:

STATEMENT OF FACTS:

Case 2:24-bk-13606-NB   Doc 36   Filed 10/25/24   Entered 10/25/24 15:37:27   Desc
CARLA CLENNEY MARTINEZ & CHRISTOPHER
MARTINEZ  VS  Garcia Pedro Fanny Frias Main Document   Page 62 of Case Number: 2:24-bk-13606-NB

Page 6 of 12

## THE ENTERPRISE ENGAGED IN CONDUCT OR ACTIVITIES WHICH AFFECT
## INTERSTATE COMMERCE

16. It is specifically alleged that the enterprise is/was engaged in interstate (or foreign) commerce, in that defendant's does business and/or has agents in multiple states, including Louisiana, California, Colorado, Texas, New York which affect interstate commerce.

17. The enterprise has branch offices established all throughout the continental United States, and engages in the financial services market, and/ or real property market segments.

### ACTIVITIES THAT AFFECTED INTERSTATE COMMERCE

18. The enterprises activities affected interstate commerce and trade, or business between two or more states. Here the Enterprise is/was involved in or affected the way mortgage business, finance companies, banking, real estate, etc, between at least two or more states.

19. The enterprise is engaged in interstate commerce whereas such as this enterprise, it is itself directly engaged in the production, distribution, or acquisition of services, money, goods, or other property in interstate commerce.

## V. DEFENDANTS WERE EMPLOYED BY OR ASSOCIATED WITH THE
## ENTERPRISE

20. It is alleged herein, that each of the defendants are employed by or associated with the illegal enterprise and each is aware of the existence of the enterprises, understand its illegal nature, and still participates in the activities of the enterprise.

21. Each of named defendants was highly aware of the illegal activities of the enterprise, and with that awareness participated in, aided, or furthered the enterprise's illegal activities or had an ownership interest in the enterprise.

STATEMENT OF FACTS:

Case 2:24-bk-13606-NB    Doc 36    Filed 10/25/24    Entered 10/25/24 15:37:27    Desc
CARLA CLENNEY MARTINEZ & CHRISTOPHER
MARTINEZ  vs  Garcia Main Document    Page 63 of Case Number: 2:24-bk-13606-NB

Page 7 of 12

## VI. THROUGH A PATTERN OF RACKETEERING ACTIVITY

22.   Plaintiff alleges herein that *each* of the named defendants herein *knowingly conducted the enterprise's affairs* or knowingly participated, directly or indirectly, in the conduct of the enterprise's affairs "*through a pattern of racketeering activity.*" including mail fraud, fraud, and securities fraud whereas the last act occurred within ten years  after the commission of a previous act of racketeering activity for either one of these defendants.

### *RELATEDNESS*

23. The acts of racketeering activity complained of herein were related to each other, meaning that there was a relationship between or among the acts of racketeering activity complained of herein whereas, these alleged acts are related because the said acts had the same or similar purposes, results, participants, victims, methods of commission, or were otherwise interrelated by distinguishing characteristics.

### *CONTINUITY*

24. It is alleged herein that the defendant's acts of racketeering activity complained of, amounts to or poses a threat of continued criminal activity, including the money laundering, mail fraud, property fraud, wire fraud, and general unlawful will continue if not enjoined.

25. These criminal acts amounted to continuing racketeering activity or acts which otherwise posed a threat of continuing racketeering activity and commission of series of related racketeering acts committed over a substantial period of time, with a threat of repetition as these acts of racketeering activity are part of a long-term association that exists for criminal purposes or when because these same acts of racketeering activity are the regular way of conducting the affairs of the enterprise.

STATEMENT OF FACTS:

## VII.  CAUSING INJURY TO PERSONAL & BUSINESS PROPERTY

26. Plaintiff reallege, as if fully set forth herein, each allegation above. It is specifically alleged that the defendants named herein **conspired among themselves** to cause injury and did cause injury to plaintiffs and the class's personal and business property which acts violate  18 U.S.C. §1961. includes, but which is not limited to all of the following injuries described below:

- ☑ Loss of Real/ Personal Property
- ☑ Loss of Future Profits & Equity
- ☑ Losses due to Theft
- ☑ Losses due to embezzlement,
- ☑ Financial Losses due to fraud,
- ☑ Losses Due to Forgery,

- ☑ Financial Losses  exceeding $1 Million (+)
- ☑ Losses due to Accounting & Financial Fraud
- ☑ Losses due to racketeering,
- ☑ Losses due to money laundering activity,
- ☑ Property Losses due to  Bankruptcy Fraud,
- ☑ Computer Fraud & Securities Fraud

## ACCOUNTING FRAUD

27.  Further losses are identified in the form of Accounting Fraud, where defendant unreasonable invoices and fraudulent bills to plaintiff has caused an unwarranted liability on the accounting system of plaintiff which wrongfully and unlawfully robs plaintiff estate by way of intrinsic fraud identified in Exhibit "F" - Complaint For Fraud.

### FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION

28. Defendant has sent several misleading accounting statements to plaintiffs and the class which contradict each other by thousands of dollar, and it is these very misrepresentation which demonstrate defendant's acts violate general practices of General Accepted Accounting Principles (GAAP) in the financial industry, and results in fraud against plaintiff and fraud against plaintiff's property resulting is financial losses to the plaintiff.

STATEMENT OF FACTS:

## VIII.  LIST OF DEFENDANTS, ALLEGED MISCONDUCT & LIABILITY

29.   The specific name of the defendants perpetrators and alleged misconduct and basis of liability of each of these defendants are as follows:

| NAME OF DEFENDANT | THE ALLEGED MISCONDUCT | BASIS OF LIABILITY |
|---|---|---|
| Garcia Tirado Family Trust | FRAUD, BANK FRAUD, WIRE FRAUD, MAIL FRAUD, RACKETEERING, CONSPIRACY | STRICT LIABILITY |
| Richard Garcia | FRAUD, BANK FRAUD, WIRE FRAUD, MAIL FRAUD, RACKETEERING, CONSPIRACY | STRICT LIABILITY |
| Cynthia Tirado | FRAUD, BANK FRAUD, WIRE FRAUD, MAIL FRAUD, RACKETEERING, CONSPIRACY | STRICT LIABILITY |
| Reliable Trust Deed Services, Inc. | FRAUD, BANK FRAUD, WIRE FRAUD, MAIL FRAUD, RACKETEERING, CONSPIRACY | STRICT LIABILITY |
| Everardo Miramontes | FRAUD, BANK FRAUD, RACKETEERING, CONSPIRACY | STRICT LIABILITY |

## IX.  THE VICTIMS & INJURIES SUSTAINED:

30. The names of the victims and the how each victim has been harmed and injured is as follows:

| NAME OF VICTIM(S) | THE ALLEGED INJURY |
|---|---|
| CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ | FRAUD, DECEPTIVE TRADE PRACTICES, RACKEETERING; ILLEGAL FORECLOSURE ; ILLEGAL EVICTION |
| Christopher Martinez 3964 Redwood Avenue Los Angeles, Ca. 90066 Phone: 213-585-3454 | FRAUD, DECEPTIVE TRADE PRACTICES, RACKEETERING; ILLEGAL FORECLOSURE ; ILLEGAL EVICTION |
| Jessenia Martinez, Christopher Martinez, Jr. Justin Berry | FRAUD, DECEPTIVE TRADE PRACTICES, RACKEETERING; ILLEGAL FORECLOSURE ; ILLEGAL EVICTION |

### COUNT 1: Section 1962(a) Investment of Illegal Income

31. It is alleged herein that the named defendants, and each of them have received illegal income derived from *the collection of unlawful debts* in which each of these defendants have wrongfully participated as a principals, to use or invest its stolen income, or its proceeds in the acquisition of any interest in or the establishment or operation the enterprise complained of herein and defendants have in effect invested the ill-gotten proceeds of the racketeering activity complained of in the enterprise defined herein which affects interstate commerce in violation of Section 1962(a).

STATEMENT OF FACTS:

32. Exhibit "F" the complaint for fraud, Exhibit I, and the previous paragraphs are incorporated herein by reference as if fully setforth herein.

## COUNT 2:

**Acquisition and Maintenance of an Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity: 18 U.S.C. §§ 1961(5), 1962(b)**

**33.** At various times and places partially enumerated in Plaintiff's documentary material, all Defendants did associate with a RICO enterprise of individuals who were associated in fact and who engaged in, and whose activities did affect, interstate and foreign commerce.

34. Likewise, all Defendants did conduct and/or participate, either directly or indirectly, in the conduct of the affairs of said RICO enterprise through a pattern of racketeering activity, all in violation of 18 U.S.C. §§ 1961(4), (5), (9), and 1962(c).

**COUNT 3:** Section 1962(c) Violations

35. It is alleged herein that each of these defendants violated Section 1962(c), whereas plaintiff's injury was caused "by reason of the defendant's commission of the alleged RICO predicate act alleged herein, including the fraud complained of in Exhibit "F" The Fraud Complaint.

**COUNT 4:** Section 1962(d) Violations - Conspiracy to Violate RICO

36. It is alleged herein that defendant violated Section 1962(d) for conspiracy to violate Section 1962(a), (b), or (c) and whereas, plaintiff can prove by a preponderance of the evidence that each defendant knowingly agreed to facilitate or participate in an endeavor or scheme that constituted violation of the RICO statute including the FRAUD/SWINDLES complained of herein, namely:

**FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION**

# EXTREME AND OUTRAGEOUS CONDUCT

## OF

## Garcia Tirado Family Trust; Richard Garcia; Cynthia Tirado; Reliable Trust Deed Services, Inc.; Everardo Miramontes

37. The preceding paragraphs and Exhibit F - The Complaint For Fraud including the **FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION** are incorporated herein by reference. Plaintiff's reallege, as if fully set forth herein, each allegation above.

### 18 U.S. Code § 1341 - Frauds and Swindles:

38. Plaintiff is entitled to recover damages from all of the following *frauds and swindles*:

**FALSE CLAIM OF FORECLOSURE SALE**

**FALSE DEBT NOT OWED TO DEFENDANT**

**FALSE LOAN RELATED TO DEED**

**FORGED TRUSTEE DEED BY DEFENDANTS**

**FORGED AMOUNT IN THE DEED**

**FALSE INTEREST ON FALSE LOAN**

**ABUSIVE EVICTION PAPERS SERVED**

39. Defendant's illegal conduct including but not limited to the conspiracies, the fraud, intentional misrepresentations, the fraudulent misrepresentation mailed to plaintiff, and the other evil acts complained of herein exceeds all bounds usually tolerated by a decent society, and moreover was *done with malice*, and with intent to cause knowledge that it would cause, and in fact has caused, ***severe mental and physical distress*** and ***economic loss to the plaintiff*** in excess of _____ **$16,400,000.00**

40. Defendant's flagrant, willful disregard for the law, its despicable and fraudulent, conduct, is *Extreme & Outrageous*, and should be punished accordingly, with ***punitive*** and/or exemplary damages.

41. Accordingly, in addition to treble damages, plaintiff is entitled to punitive damages for each of the defendants, in an amount not less than $1 Million (or more) per defendant according to the evidence.

# PRAYER FOR RELIEF

WHEREFORE, plaintiff(s)  CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ  demands judgment

against all named defendants individually as follows:

1. Judgment on *Count 1*: (18 U.S.C. §1961(5), §1962(a)) ............................  $500,000.00
    Income derived, directly or indirectly, from a pattern of racketeering activity or through
    collection of an unlawful debt

2. Judgment on *Count 2*: (18 U.S.C. §1961(5), §1962(b))............................  $500,000.00
    Acquisition and Maintenance of an Interest in and Control of an Enterprise Engaged in a Pattern of
    Racketeering Activity:

3. Judgment on *Count 3*: (18 U.S.C. §1961(5), §1962(c))............................  $500,000.00
    Conduct and Participation in a RICO Enterprise through a Pattern of Racketeering Activity: 18
    U.S.C. §1961(5), §1962(c)

4. Judgment on *Count 4* (18 U.S.C. §1961(5), §1962(d))............................  $500,000.00
    Conspiracy to Engage in a Pattern of Racketeering Activity:

5. Judgment On ***FRAUD*** (18 U.S.C. 1341).....................................  $2,580,000.00
    FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY)
    AND SUBSEQUENT FRAUDULENT EVICTION

6. Treble Damages (Rackeetering)...............................................  $7,740,000.00

7. Intentional Infliction of Emotional Distress & Pain..........................  $500,000.00

8. Actual Damages...........................................................  $2,580,000.00

9. Punitive Damages.........................................................  $1,000,000.00

***WHEREFORE, ALL PREMISES CONSIDERED***, Plaintiffs   pray that this Honorable

Court after due proceeding, and all legal delays, do enter judgment against the

defendants jointly, severely, and in solido, condemning them all, for the said unlawful

acts in the full amount of :    **$16,400,000.00**    including court cost, attorney fees,

interest from the date of judicial demand and for all general and equitable relief afforded

under law.

Respectfully Submitted,                                    **JURY TRIAL DEMANDED**

*Carla L Martinez*

*Carla L Martinez*              *Christopher Martinez*
Carla L. Martinez              Christopher Martinez                **DATED:**  October 23, 2024
3964 Redwood Avenue       3964 Redwood Avenue
Los Angeles, Ca. 90066      Los Angeles, Ca. 90066
Phone: 213-586-3454         Phone: 213-586-3454

# VERIFICATION

### OF

## CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ

I (we), CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ  am/are plaintiffs in the above-entitled action. I (we) have read the foregoing complaint for quiet title and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I (we) believe it to be true.

I (we) declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at: _____ Los Angeles, California _____

CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ

Dated: _____ October 23, 2024 _____

# EXHIBIT "O"

# COMPLAINT FOR OFFSET/SETOFF, AND FORECLOSURE OF COMMERCIAL LIEN

## FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY) AND SUBSEQUENT FRAUDULENT EVICTION

## ASSERTED AGAINST:

**Garcia Tirado Family Trust**

OFFSET/SETOFF: The right of setoff (also called "offset ") allows entities that owe each other money to apply their mutual debts against each other, thereby avoiding "the absurdity of making A pay B when B owes A." Studley v. Boylston Nat. Bank, 229 U.S. 523, 528 (1913). Although no federal right of setoff is created by the Bankruptcy Code, 11 U.S.C. § 553(a) provides that, with certain exceptions, whatever right of setoff otherwise exists is preserved in bankruptcy.Citizens Bank of Maryland v. Strumpf, 516 U.S. 16, 18 (1995) the Court of Appeals fashioned a federal common-law rule whereby the first lien to meet Uniform Commercial Code perfection requirements achieved priority, and held that under this rule Kimbell's lien was superior." United States v. Kimbell Foods, Inc., 440 U.S. 715 (1979)

*Cause of Action - OFFSET/SETOFF*

Carla L. Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454

Christopher Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454

Page 1 of 5

# EXHIBIT "O"

CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ
*Plaintiff(s)*

VS.

Garcia Tirado Family Trust; Richard Garcia;
Cynthia Tirado; Reliable Trust Deed Services,
Inc.; Everardo Miramontes

*Defendant(s)*

§
§
§
§
§
§
§
§
§
§
§

# COMPLAINT FOR OFFSET/SETOFF & FORECLOSURE OF COMMERCIAL LIEN

## OFFSET OF COMMERCIAL LIEN

CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ brings a civil action for **OFFSET/SETOFF** remedies

foreclosure of a commercial lien related to real property identified below; fraud, negligent

misrepresentation, equitable estoppel, for declaratory relief declaring defendant's

purported lien assert against property to be a false instrument and unenforceable under

law..

   1.   Plaintiff is entitled to **SETOFF** his commercial lien rights against defendants

purported lien masquerading as a mortgage. The legal description of the subject property:

**LEGAL DESCRIPTION**

SEE EXHIBIT "A"

**PROPERTY ADDRESS:** 3964 Redwood Avenue Los Angeles, Ca. 90066

INTRODUCTION - OFFSET OF COMMERCIAL LIEN.......................................................1

JURISDICTION AND VENUE.......................................................................................2

RELIEF SOUGHT........................................................................................................2

THE LIENS ON THE SUBJECT REAL PROPERTY.........................................................2

         3964 Redwood Avenue  Los Angeles, Ca. 90066

     A. PLAINTIFF'S LIEN ...............................................................................................2

     B. DEFENDANT'S LIEN............................................................................................2

     C.  COMPUTATION OF THE OFFSET.........................................................................2

STATEMENT OF FACTS.............................................................................................3

     A.  PLAINTIFF'S SUPERIOR LIEN.............................................................................,,,3

     B.  DEFENDANT'S INFERIOR LIEN  (UNENFORCEABLE).............................................3

     C.  THE RIGHT TO SETOFF.....................................................................................3

COUNT 1: - **SET OFF OF DEFENDANT'S LIEN**........................................................4

COUNT 2:  ***FRAUD - ELIMINATION  OF  LIEN BASED ON  FRAUD*** (Exhibit F).......4

      **FRAUDULENT & FORGED TRUSTEE'S DEED UPON SALE ($360,000 FORGERY)
      AND SUBSEQUENT FRAUDULENT EVICTION**

COUNT 3 - ***COMPLAINT FOR EQUITABLE ESTOPPEL***..........................................4

COUNT 4 - *FORECLOSURE OF COMMERCIAL LIEN*...................................................4

COUNT 5:  COMPLAINT FOR **CONSTRUCTIVE TRUST**...............................................4

COUNT 6:  COMPLAINT FOR **CANCELLATION OF WRITTEN INSTRUMENTS**.......4

COUNT 7:  COMPLAINT FOR **DECLARATORY JUDGMENT**..................................12

PRAYER FOR RELIEF.............................................................................................12

DECLARATION OF    CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ   ....ATTACHED

**EXHIBITS**.......................................................................................APPENDIX

EXHIBIT "A" - **LEGAL DESCRIPTION**........................................................ATTACHED

## JURISDICTION AND VENUE

**2.** Jurisdiction is premised on 28 USC 1331, common law of this state,

## RELIEF SOUGHT

**3.** The relief sought is a (1) <u>declaration of the offset</u> of plaintiff's lien with defendants purported lien, (2) Cancellation of Written (fraudulent) instruments and encumbrances on real property, (3) A monetary judgment with actual damages, punitive damages, treble damages

### THE LIENS ON REAL PROPERTY

**4.** The following are liens against the subject property for which setoff is sought:

A. PLAINTIFF'S LIEN ................................................................. $3,500,000.00

    Plaintiff's Lien is setforth in *Exhibit "1"* and is an enforceable UCC 1 lien against the subject property and is subject to priority over all other liens, including defendant's purported lien, masquerading as a mortgage lien, or other third party debt lien.

B. DEFENDANT'S LIEN.................................................................. $360,000.00

    Defendant's Lien is setforth in Exhbit "2" and purports to be an enforceable instrument against the subject property, but which in fact is an unenforceable third party fraudulent instrument purporting to be a valid lien against the subject property but whereas, for purposes of the computation of the setoff, plaintiff will use defendant's fraud claim.

C. <u>COMPUTATION OF THE OFFSET</u>................................................. $3,140,000.00

    When all offsets, setoffs, have been applied, plaintiff's priority lien take precedence over defendants inferior lien and the setoff results in cancellation of defendant's lien, and a surplus for plaintiff in the above amount.

STATEMENT OF FACTS:

**PLAINTIFF'S SUPERIOR LIEN**

**5.** It is alleged herein that plaintiff's lien described herein is a superior lien over that of defendant's lien because plaintiff's lien was the first to be perfected under federal common law.

DEFENDANTS INFERIOR LIEN

## US SUPREME COURT DECISION

6.    That according to the U.S. Supreme Court Ruling  in United States v. Kimbell Foods, Inc., 440 U.S. 715 (1979) where as here, Plaintiff's perfected UCC lien takes priority of defendant's non-perfected lien.

7.  As setforth the U.S. Supreme Court cited that the Court of Appeals fashioned a federal common-law rule whereby the first lien to meet Uniform Commercial Code perfection requirements achieved priority, and held that under this rule Kimbell's lien was superior. " United States v. Kimbell Foods, Inc., 440 U.S. 715 (1979)

**B. DEFENDANT'S INFERIOR LIEN  (UNENFORCEABLE)**

8.   Defendant's purport to have a lien on the subject property, but defendant's lien is based on fraud as setforth in Exhibit F, is unenforceable as a matter of law and should not be accorded lien status.

9.   However, for purposes of this setoff, **the full value** of defendant's lien is being credited to defendants for purposes of the mathematical setoff and offset.

**THE RIGHT TO SET OFF / OFFSET**

10.  Plaintiff has the immediate right to setoff that will reduce defendant's fraudulent claim against plaintiff in the greater value of the amount of the difference between the value of the two liens.

**COUNT 1: - SET OFF OF DEFENDANT'S LIEN**                    Page 4 of 5

**11.** The previous paragraphs, Exhibit "F", Exhibit "O" and Exhibit "R" are incorporated herein by reference as if fully set forth herein.

**12.** The resulting offset/setoff computed herein is superior to defendant's fraudulent lien and demand is being made for its cancellation from public record or from defendants making any further claim on its fraudulent lien.

**COUNT 2:** *FRAUD - ELIMINATION OF LIEN BASED ON* FRAUD (Exhibit F).

**13.** Defendant's lien and acts complained of herein constitutes FRAUD on plaintiff, fraud on the court, and fraud on public record.  Based on this fraud, plaintiff is entitled to have this lien forever eliminated from public record and any monetary damages which resulted from the fraud.

**COUNT 3 - *COMPLAINT FOR EQUITABLE ESTOPPEL***

***14.*** *Based on its fraud and material misrepresentation, defendants are estopped from claiming any interest in the subject property, and whereas, a judgment should be entered declaring the defendants are forever estopped from making claim to the subject property*

**COUNT 4 - *FORECLOSURE OF DEFENDANT'S COMMERCIAL LIEN*.**

**15.** Based on the fraud, offset, plaintiff is entitled to a judgment of foreclosure of defendant's fraudulent lien and title to the subject property.

**COUNT 5:** COMPLAINT FOR **CONSTRUCTIVE TRUST**

**16.** Defendants have been <u>unjustly enriched</u> from its fraud and plaintiff is entitled to a constructive trust to recover assets wrongly stolen from it breaches and breaches of fiduciary responsibility in managing the assets wrongfully taken by fraud.

***COUNT 6:*** COMPLAINT FOR **CANCELLATION OF WRITTEN INSTRUMENTS**.
17. Plaintiffs are entitled to a cancellation of all fraudulent instruments identified herein to be fraudulent or unenforceable under law.

**COUNT 7:** COMPLAINT FOR **DECLARATORY JUDGMENT**
**18.** A declaratory judgment should be entered against the defendant for quiet title, Cancellation of fraudulent liens, offset, a declaration that the acts are fraudulent in nature.

# PRAYER FOR RELIEF

WHEREFORE, plaintiff(s) CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ demands judgment

against all named defendants individually as follows:

1. Judgment on *Count 1*: SETOFF.................................................... $3,140,000.00
   A full setoff of the amount owed by defendant(s) on any claims asserted by defendants with a full
   declaration that defendant's lien has been full satisfied and discharged under operation of law.

2. Judgment on *Count 2*: FRAUD.................................................... $2,580,000.00
   A full amount of the fraud complained of herein and related to the setoff and offset of defendants lien,
   including any overages which results from the offset of defendants fraudulent lien.

3. Judgment on *Count 3*: EQUITABLE ESTOPPEL.............................. $500,000.00
   A Declaration that defendants are forever estopped from making false claims against the
   property and

4. Judgment on *Count 4  FORECLOSURE ON COMMERCIAL LIEN...* $3,140,000.00
   For a writ of foreclosure and writ of possession on plaintiff's commercial lien herein, against any
   and all other liens consistent with the quite title action in the case.

5. Judgment On Count 5  COMPLAINT FOR CONSTRUCTIVE TRUST  $2,580,000.00
   For the Establishment of a constructive trust for the benefit of plaintiffs and reconveyance of all real
   property found to be defrauded including profits from made by defendant from the real property.

6. Judgment On RICO CLAIM (treble damages)................................ $7,740,000.00
   A declaration canceling and revoking all fraudulent instruments complained of herein.

7. Intentional Infliction of Emotional Distress & Pain......................... $500,000.00

8. Negligent Misrepresentation....................................................... $2,580,000.00

9. Declaratory Judgment................................................................. $1,000,000.00

***WHEREFORE, ALL PREMISES CONSIDERED**, Plaintiffs  pray  that  this  Honorable*

*Court  after  due  proceeding,  and  all  legal  delays,  do  enter  judgment  against  the*

*defendants  jointly,  severely,  and  in  solido,  condemning  them  all,  for  the  said  unlawful*

*acts  in  the  full  amount  of :     **$16,400,000.00**     including  court  cost,  attorney  fees,*

*interest  from  the  date  of  judicial  demand  and  for  all  general  and  equitable  relief  afforded*

*under  law.*

Respectfully Submitted,                                          **JURY TRIAL DEMANDED**

*Carla L. Martinez*          *Christopher Watts*

Carla L. Martinez                Christopher Martinez          **DATED:**  October 23, 2024
3964 Redwood Avenue        3964 Redwood Avenue
Los Angeles, Ca. 90066       Los Angeles, Ca. 90066
Phone: 213-586-3454          Phone: 213-586-3454

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## Central District Of California

In re    **Carla Lanette Martinez**   ,
Debtor

)
)
)

Case No.    **2:24-bk-13606-NB**

Chapter    **7**

)
)
**Carla Clenney Martinez, Christopher Martinez**
Plaintiff

v.

**GARCIA TIRADO FAMILY TRUST**
Defendant

)
)
)
)
)
)
)
)
)
)

Adv. Proc. No. _____

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

     Address of the clerk:      **U.S. Bankruptcy Court
255 E. Temple Street
Los Angeles, Ca 90012**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

     Name and Address of Plaintiff's Attorney:

**Carla L. Martinez
3964 Redwood Avenue
Los Angeles, CA 90066**

**Christopher Martinez
3964 Redwood Avenue
Los Angeles, CA 90066**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____      By: _____(Deputy Clerk)

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of
the complaint was made _____(date) by:

☒     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:

              **GARCIA TIRADO FAMILY TRUST**
              **6728 Los Verdes Drive, Apartment 8**
              **Rancho Palos Verdes, CA 90275**

❑     Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of _____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and
not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

           Print Name:        _____

           Business Address:    _____

                            _____

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## Central District Of California

In re  Carla Lanette Martinez                        )    Case No.        2:24-bk-13606-NB
                                                     )
                Debtor                               )    Chapter            7
                                                     )
Carla Clenney Martinez, Christopher Martinez         )
                                                     )
                Plaintiff                            )
                                                     )
                v.                                   )    Adv. Proc. No. _____
                                                     )
Richard Garcia                                       )
                                                     )
                Defendant                            )

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to
this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this
summons, except that the United States and its offices and agencies shall file a motion or answer to the
complaint within 35 days.

Address of the clerk:    **U.S. Bankruptcy Court**
                         **255 E. Temple Street**
                         **Los Angeles, Ca 90012**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
        **Carla L. Martinez**                    **Christopher Martinez**
        **3964 Redwood Avenue**                  **3964 Redwood Avenue**
        **Los Angeles, CA 90066**                **Los Angeles, CA 90066**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED
TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT
AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF
DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____       By: _____ (Deputy Clerk)

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of
the complaint was made _____(date) by:

☒    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:    **Richard Garcia**
**6728 Los Verdes Drive, Apt 8**
**Rancho Palos Verdes, CA 90275**

❑    Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑    Residence Service: By leaving the process with the following adult at:

❑    Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑    Publication: The defendant was served as follows: [Describe briefly]

❑    State Law: The defendant was served pursuant to the laws of the State of _____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and
not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

Print Name: _____

Business Address: _____

_____

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## Central District Of California

In re   **Carla Lanette Martinez**   ,      )     Case No.     **2:24-bk-13606-NB**
           Debtor                  )
                                )     Chapter        **7**
                                )

**Carla Clenney Martinez, Christopher Martinez**     )
           Plaintiff                 )
                                )
             v.                     )     Adv. Proc. No. _____
                                )
**Cynthia Tirado**                      )
           Defendant              )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of the clerk:     **U.S. Bankruptcy Court**
                              **255 E. Temple Street**
                              **Los Angeles, Ca 90012**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

        Name and Address of Plaintiff's Attorney:
             **Carla L. Martinez**                   **Christopher Martinez**
             **3964 Redwood Avenue**           **3964 Redwood Avenue**
             **Los Angeles, CA 90066**            **Los Angeles, CA 90066**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                              _____ (Clerk of the Bankruptcy Court)

    Date: _____        By: _____(Deputy Clerk)

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

☒   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

      **Cynthia Tirado**
      **6728 Los Verdes Drive, Apt 8**
      **Rancho Palos Verdes, CA 90275**

❑   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑   Residence Service: By leaving the process with the following adult at:

❑   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑   Publication: The defendant was served as follows: [Describe briefly]

❑   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

      Print Name:    _____

      Business Address:   _____

                         _____

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## Central District Of California

In re    Carla Lanette Martinez ,

          Debtor

Carla Clenney Martinez, Christopher Martinez

          Plaintiff

          v.

RELIABLE TRUST DEED SERVICES, INC.

          Defendant

Case No.    2:24-bk-13606-NB

Chapter    7

Adv. Proc. No. _____

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

          Address of the clerk:     **U.S. Bankruptcy Court**
                                    **255 E. Temple Street**
                                    **Los Angeles, Ca 90012**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

          Name and Address of Plaintiff's Attorney:
            **Carla L. Martinez**                   **Christopher Martinez**
            **3964 Redwood Avenue**            **3964 Redwood Avenue**
            **Los Angeles, CA 90066**           **Los Angeles, CA 90066**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                           _____ (Clerk of the Bankruptcy Court)

Date: _____      By: _____ (Deputy Clerk)

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of
the complaint was made _____(date) by:

☒    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:        **RELIABLE TRUST DEED SERVICES, INC.**
          **19510 Ventura Blvd, Suite 214**
          **Tarzana, CA 91358**

❑    Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑    Residence Service: By leaving the process with the following adult at:

❑    Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑    Publication: The defendant was served as follows: [Describe briefly]

❑    State Law: The defendant was served pursuant to the laws of the State of _____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and
not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

                     Print Name:    _____

                     Business Address:    _____

                                          _____

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## Central  District Of  California

| | | |
|---|---|---|
| In re __Carla Lanette Martinez_____, | ) | Case No. __2:24-bk-13606-NB__ |
| Debtor | ) | |
| | ) | Chapter _____7_____ |
| | ) | |
| __Carla Clenney Martinez, Christopher Martinez__ | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. No._____ |
| | ) | |
| __Everardo Miramontes__ | ) | |
| Defendant | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:    **U.S. Bankruptcy Court**
**255 E. Temple Street**
**Los Angeles, Ca 90012**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
**Carla L. Martinez**                    **Christopher Martinez**
**3964 Redwood Avenue**          **3964 Redwood Avenue**
**Los Angeles, CA 90066**          **Los Angeles, CA 90066**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____    By: _____ (Deputy Clerk)

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

☒   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

        **Everardo Miramontes**
        **11704 Culver Blvd**
        **Los Angeles, CA 90066**

❑   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑   Residence Service: By leaving the process with the following adult at:

❑   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑   Publication: The defendant was served as follows: [Describe briefly]

❑   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

        Print Name:       _____

        Business Address: _____

                            _____

B1049 (FORM 1040) (12/15)

**RECEIVED**
OCT 25 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## ADVERSARY PROCEEDING COVER SHEET
### Instructions on Reverse)

ADVERSARY PROCEEDING NUMBER
(Court Use Only)

| PLAINTIFFS | DEFENDANTS |
|---|---|
| CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ | **Garcia Tirado Family Trust; Richard Garcia; Cynthia Tirado; Reliable Trust Deed Services, Inc.; Everardo Miramontes** |
| ATTORNEYS (Firm Name, Address, and Telephone No.) Carla L. Martinez 3964 Redwood Avenue Los Angeles, Ca. 90066 Phone: 213-586-3454 | ATTORNEYS (If Known) |

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee | ☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☒ Other<br>☐ Trustee |

CAUSE OF ACTION WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
**Recover of Property and Money; Violation of Automatic Stay, Fraudulent Transfer; Complaint to Determine Validity, Priority of Extent of Lien pursuant to Bankruptcy Rule 7001(2); Complaint for Injunctive Relief pursuant to Bankruptcy Rule 7001(7); Complaint for FRAUD, Negligent Misrepresentation; Complaint for Declaratory Relief pursuant to FRBP 7001(9) & 28 USC 2201,** *Fair Debt Collections Practices Act* **(15 U.S.C §1692 et seq),** *Racketeer Influenced and Corrupt Organizations Act* **(18 U.S.C §1961 et seq)**

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1 First alternative cause as 2 second alternative cause as 3 etc )

| FRBP 7001(1) - Recovery of Money/Property | FRBP 7001(6) - Dischargeability (continued) |
|---|---|
| ☒ 11 -Recovery of money/property - §542 turnover of property | ☐ 61-Dischargeability - §523(a)(5), domestic support |
| ☐ 12-Recovery of money/property - §547 preference | ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury |
| ☐ 13-Recovery of money/property - §548 fraudulent transfer | ☐ 63-Dischargeability - §523(a)(8), student loan |
| ☒ 14-Recovery of money/property - other | ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation |
| | (other than domestic support) |
| **FRBP 7001(2) - Validity, Priority or Extent of Lien** | ☐ 65-Dischargeability - other |
| ☒ 21 -Validity, priority or extent of lien or other interest in property | |
| | **FRBP 7001(7) - Injunctive Relief** |
| **FRBP 7001(3) - Approval of Sale of Property** | ☐ 71-Injunctive relief- imposition of stay |
| ☐ 31 -Approval of sale of property of estate and of a co-owner – §363(h) | ☒ 72-Injunctive relief - other |
| | |
| **FRBP 7001(4) - Objection/Revocation of Discharge** | **FRBP 7001(8) Subordination of Claim or Interest** |
| ☐ 41-Objection / revocation of discharge - §727(c),(d),(e) | ☐ 81 -Subordination of claim or interest |
| | |
| **FRBP 7001(5) - Revocation of Confirmation** | **FRBP 7001(9) Declaratory Judgment** |
| ☐ 51-Revocation of confirmation | ☐ 91-Declaratory judgment |
| | |
| **FRBP 7001(6) - Dischargeability** | **FRBP 7001(10) Determination of Removed Action** |
| ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims | ☐ 01 -Determination of removed claim or cause |
| ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud | Other |
| | ☐ SS-SIPA Case - 15 U.S.C. §§78aaa et.seq. |
| ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny | ☐ 02-Other (e.g. other actions that would have been brought in state court |
| (continued next column) | if unrelated to bankruptcy case) |

| ☐ Check if this case involves a substantive issue of state law | ☒ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $              $26,450,000.00 |
| Other Relief Sought | |

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ | BANKRUPTCY CASE NO. 2:24-bk-13606-NB | |
| DISTRICT IN WHICH CASE IS PENDING CENTRAL DISTRICT OF CALIFORNIA | DIVISION OFFICE WESTERN DIVISION | NAME OF JUDGE |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ | DEFENDANT Garcia Tirado Family Trust; Richard Garcia; Cynthia Tirado; Reliable Trust Deed Services, Inc.; Everardo Miramontes | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING CENTRAL DISTRICT OF CALIFORNIA | DIVISION OFFICE CENTRAL DISTRICT OF CALIFORNIA | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) *Carla L. Clenney Martinez* Carla L. Clenney Martinez, In Pro Se | | *Christopher Martinez* Christopher Martinez, In Pro Se |
| DATE 10-23-2024 | PRINT NAME OF ATTORNEY (OR PLAINTIFF) CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet ,summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

Plaintiffs and Defendants. Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

Attorneys. Give the names and addresses of the attorneys, if known.

Party. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

Demand. Enter the dollar amount being demanded in the complaint.

Signature. This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Carla L. Clenney-Martinez  & Christopher Martinez,  In Pro Se 3964 Redwood Avenue Los Angeles, CA 90066<br><br>*Attorney for Plaintiff* | **RECEIVED**<br>OCT 25 2024<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:              Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**        ▾

| In re:<br><br>CARLA L. MARTINEZ<br><br>Debtor(s). | CASE NO.: 2:24-13606-NB<br>CHAPTER: 7       ▾<br>ADVERSARY NO.: |
|---|---|
| CARLA CLENNEY MARTINEZ & CHRISTOPHER MARTINEZ<br><br>Plaintiff(s)<br>Versus<br>Garcia Tirado Family Trust, Richard Garcia, Cynthia Tirado, Reliable Trust Deed Services, Inc., Everardo Miramontes<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING**<br>**[LBR 7004-1]** |

TO THE DEFENDANT:  A Complaint has been filed by the Plaintiff against you.  If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint.  You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page.  The deadline to file and serve a written response is *30 days*.  If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| Hearing Date: _____ | Address: |
|---|---|
| Time: _____ | ☒ 255 East Temple Street, Los Angeles, CA 90012 |
| Courtroom: _____ | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |
| | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

By: _____
Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                          Page 2                          F 7004-1.SUMMONS.ADV.PROC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _____ | _____ | _____ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                        Page 3                          **F 7004-1.SUMMONS.ADV.PROC**